# Katz v. Pima County Community College District et al.

# Complaint Exhibit #1

# PCCCD-DAK contract for FY 2013-2104 including overload (cover page dated 6-27-13) (three pages)



**PimaCountyCommunityCollegeDistrict**

TO:        David Katz

FROM:      Janet L. May, Vice Chancellor for Human Resources

DATE:      June 27, 2013

SUBJECT:   Faculty Salary Notification – Fiscal Year 2013/2014

On June 12, 2013, the Board of Governors approved a salary step adjustment effective July 1, 2013, for faculty who completed a step progression plan.  The salary and step noted below reflect a step increase for those who qualified through the step progression program. As of July 1, 2013, changes to your placement, if any, on the salary schedule are as follows:

| **Fiscal Year 2012/2013** | **Fiscal Year 2013/2014** |
|---|---|
| Title:   Instructional Faculty | Title:   Instructional Faculty |
| Grade: S1        Step: 9 | Grade: S1        Step: 10 |
| Salary: $ 62,621 | Salary:  $ 64,795 |

Attached is your contract for the new fiscal year. Unless you have made arrangements with Human Resources, you will need to return one signed contract showing your acceptance by close of business on July 18, 2013.  After this date, the offer of employment for fiscal year 2013/2014 may be withdrawn. Please send your signed contract to Human Resources, Attn: Sam McGlone, mail code DO-1180, or by U.S. mail to 4905D East Broadway Boulevard, Tucson, Arizona 85709-1180.

The policy statements for all employee groups and the *Personnel Policy Statement for College Employees 2013/2014* fiscal year will be available on the College Internet and Intranet. In addition, an Executive Summary of changes to each Personnel Policy Statement will be available on the College Internet at Administrative Services/Human Resources/Personnel Policy Statements.

Per A.R.S. 38-503-511, employees are required to disclose a conflict of interest with their employer when a conflict occurs.  When you need to disclose a real or perceived conflict of interest, a Conflict of Interest form will need to be completed. The form is available on the College's intranet, under College Forms/Human Resources. The form is self-explanatory but if you have any questions, please contact Lori Cox, Director of Internal Audit at extension 4561.

To comply with the Drug-Free Work Place Act of 1988, the College SPG-4006AA addresses Employee Drug and Alcohol Testing and Reporting.  The purpose of this policy is to achieve a drug-free environment at the College and to inform employees of the health risks associated with drug and alcohol abuse.  A copy of the SPG is included in this envelope.

If you completed a step progression plan, it has been included in these materials for your records.
In addition, a sticker for your employee identification card and a flyer on the new EAP program are enclosed.

Enclosures
C: Personnel file

PCCHR JUL 10 '13 AM 9 39

 **PimaCountyCommunityCollegeDistrict**

### CONTRACT OF EMPLOYMENT

**THIS CONTRACT OF EMPLOYMENT**, made and entered as of its day of execution hereinafter set forth, between PIMA COUNTY COMMUNITY COLLEGE DISTRICT, through its Governing Board, hereinafter referred to as "College District" and "Board" respectively, **David Katz** and hereinafter referred to as "Employee":

That College District through its Board agrees to employ Employee, and employee hereby agrees to be employed as **INSTRUCTIONAL FACULTY** in the College District, to perform the usual duties of such position which include but are not necessarily limited to those duties specifically delineated in the job description for Instructional Faculty and such reasonable extra-curricular duties in connection with such employment as Board through its Chancellor may assign to Employee for the period beginning on **August 21, 2013**, and to terminate on **May 22, 2014\***.   Employee agrees to perform well and faithfully the duties hereby required in accordance with all applicable laws, policies and regulations imposed upon or adopted by Board for the governing of the College District as well as all administrative procedures and regulations including any modifications thereto occurring during the period of this contract.

Assignment or reassignment of duties within the District shall be and shall remain the prerogative of the Chancellor provided such assignment is consistent with the qualifications of the Employee.

Employee warrants and represents as a condition of employment and continued employment, Employee has complied with or will comply with, in a timely manner, all applicable federal and state laws and/or College requirements, including by way of illustration but not limitation, the College faculty standards required to teach at Pima Community College and College personnel policy statements. Should the employee fail to timely comply with these conditions, it is understood by and between the parties that this contract will terminate immediately.

In consideration of the services rendered in accordance herewith, College District agrees to pay Employee the sum of **$ 64,795** for the period of this contract as above set forth.  Additional assignments as required will be compensated in accordance with the schedule for extra assignments.

Execution of this contract authorized at a legally convened meeting of the Governing Board on the **20th** of **March 2013.**

**\*In accordance with the *Faculty Personnel Policy Statement,* Article II, Section B, the period of this contract represents 169 days of accountability. The Graduation Ceremony, May 22, 2014, is the 169th day of accountability.**

**Grade: S1        Step: 10**

PIMA COUNTY COMMUNITY COLLEGE
DISTRICT GOVERNING BOARD

Authorized Signature                              June 25, 2013
Authorized Signature                              Date

Employee Signature                                Date

AN EQUAL OPPORTUNITY EMPLOYER F/M/D

Faculty Workload Form

**Pima Community College Faculty Load Form**

SEMESTER ___201410___ OFFICE ___E235___ INSTRUCTOR *David Katz*

DATE _____ PHONE # ___6044___ A00115196 _____ PCN# ___WCG123___

INSTRUCTIONAL FACULTY (FT) CLASS SCHEDULE/LOAD (Non-Flex)

| REGULAR LOAD | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CRN | COURSE PREFIX/NO | BLD/RM/ CAMPUS | DAYS | HOURS | REGULAR LD | ENRL | Calc Codes |
| 12791 ✓ | CHM 125IN | SCI K207 | TuTh | 11:50AM-2:30PM | 5.10 ✓ | 28 | |
| | | SCI K221 | Th | 5:40PM-8:50PM | | | |
| 12367 | CHM 151IN | RINCON F215 | MW | 11:40AM-1:30PM | 7.80 ✓ | 29 | 4 |
| | | SCI K221 | M | 8:40AM-11:20PM | | | |
| 12368 ✓ | CHM 151IN | RINCON F215 | MW | 11:40AM-1:30PM | 2.10 ✓ | 26 | 4 |
| | | SCI K221 | W | 8:40AM-11:20AM | | | |
| Reassigned time & activity: | | | | | | | |
| Reassigned time & activity: | | | | | | | |
| | | | TOTAL REGULAR LOAD | | 15.00 | | |

Calculation Codes (Attach Formulas if Necessary)

1 = End of Add Period; 2 = 45th Day; 3 = Per Student; 4 = Over 42 Students; 5 = Other

OVERLOAD (Check box below "Inv. Overload" when appropriate)

| CRN | COURSE PREFIX/NO | BLD/RM | DAYS | HOURS | OVERLOAD | | Inv. Overload |
|---|---|---|---|---|---|---|---|
| 11533 ✓ | CHM 151IN | SCI K205 | Tu | 5:40PM-8:50PM | 6.10 ✓ | 19 | |
| | | SCI K221 | Th | 5:40PM-8:50PM | | | |
| | | | | | | | |
| | | | | | | | |
| | | | TOTAL OVERLOAD | | 6.10 | | |
| Amount of IOU to Spring Semester | | (subtract from Fall) | | | | | |
| Amount of Carryover to Spring Semester | | (add to Spring) | | | | | |
| | | | TOTAL FACULTY LOAD: | | 21.10 ✓ | | |

SUPPLEMENTAL/NON-TEACHING ASSIGNMENTS:

DESCRIPTION OF ACTIVITY, COMPENSATION AND HOURS PER WEEK

DESCRIPTION OF ACTIVITY, COMPENSATION AND HOURS PER WEEK

COMMITTEE ASSIGNMENTS: PLEASE INDICATE WHETHER CAMPUS OR DISTRICT

COMMITTEE AND MEETING SCHEDULE

COMMITTEE AND MEETING SCHEDULE

OFFICE HOURS

| MON | TUES | WED | THUR | FRI | SAT | SUN |
|---|---|---|---|---|---|---|
| | | | | | | |

_On Admin Leave_   _W ___ L_   _9-25-13_

Faculty          Date          Dean          Date

# Katz v. Pima County Community College District et al.

# Complaint Exhibit #2

## PCCCD Faculty Personnel Policy Statement, pages 30-31

Seniority date.  However, for all Faculty hired on or after August 19, 1978, unpaid sick leave will result in an adjustment of seniority date proportionate to the amount of unpaid leave.

## E.  New Contract and Term of Employment

A Faculty member shall be offered a new contract for the ensuing academic or fiscal year unless she/he receives notice otherwise on or before March 1. This provision is not applicable to those positions being eliminated under the retrenchment policy or to newly-established degree or certificate programs where enrollment target goals were not met. In the case of the elimination of newly-established degree or certificate programs where enrollment target goals were not met, written notification will be provided.

The term of employment of fiscal year Faculty shall be July 1 through June 30.

The term of employment of academic year Faculty for this fiscal year shall be from August 20 through May 20. The Graduation ceremony whether it falls within or outside this time period will be considered as one day of accountability.

Other terms of employment may be established by the administration for flex-year and Educational Support Faculty positions in accordance with Article II B.

If the new Faculty member's start date is after the beginning of the academic, fiscal or flex-year, or otherwise does not work or account for all days of accountability, the actual salary will be prorated based on the average daily rate. The average daily rate will be computed by dividing the annual salary by the appropriate number of days of accountability.

Employment contracts and pay are based on periods of active employment. Faculty members who have been approved for full academic, fiscal, or flex-year contracts and who work less than the commensurate number of days of accountability, shall be paid at the average daily rate for the number of accountable days actually worked.

# Article IV.  Professional Status

## A.  Academic Freedom

The College subscribes to the following statement on Academic Freedom:

1. In the course of performing duties consistent with one's assignments, any Faculty member is entitled to freedom of discussion provided the discussion has educational value and is relevant to the course or educational support service.

2. Any Faculty member is entitled to full freedom in research and in publication of the results, subject to the adequate performance of her/his primary responsibilities. (Please refer to Board Policy BP-2701, *Copyright*, and Board Policy BP-2702, *Copyright Ownership*.)

3. The College Faculty member is a citizen, a member of a learned profession, and a member of an educational institution. When she/he speaks or writes as a citizen, or exercises legal or constitutional rights, she/he shall be free from institutional censorship or discipline. However, in extramural utterances, the Faculty member has an obligation not to imply that she/he is an institutional spokesperson.

4. Textbooks and other classroom materials shall be selected by the departmental Faculty. Major purchases of equipment directly related to the Faculty member's subject or service area shall be made with the review of the Faculty from that area.

## B.  Faculty Success Program

A detailed description of the Faculty Success Program will be provided to all Faculty members as an appendix to the personnel policy statement. (Appendix J.) The College is committed to providing on-going support for the growth and success of Faculty. As part of this commitment, every Faculty member will have an Annual Collegial Conference with his/her Supervising Administrator. During the Annual Collegial Conference, the Faculty member and the Supervising Administrator will collaborate on the development of the Faculty member's professional enrichment goals.

1. Professional enrichment activities, Faculty evaluation, and participation in the Student Learning Outcomes process are three major areas of focus in the Faculty Success Program. The primary purposes of enrichment and evaluation are to strengthen the Faculty member's teaching and complementary educational service in order to enhance student success.

2. Instructional Faculty will be evaluated by students in two classes each fall semester. Educational Support Faculty who teach in the fall semester will be evaluated in one class. Educational Support Faculty will be evaluated by students via client survey forms in the fall semester.

# Katz v. Pima County Community College District et al.

# Complaint Exhibit #3

## PCCCD Personnel Policy Statement for College Employees, pages 13, and 43-55

# Section II.  Employment

Please refer to SPG-4201/BA "Filling Authorized, Vacant Regular Positions" for more information on recruitment and employment.

## A.  Employment Status and Compensation
[all employees]

## 1.  Regular Employees

### a.  Employment Status and Compensation

Regular employees are employees who meet the definition of regular employee (see Glossary definition). Regular employment may be full-time or part-time. Full-time regular employees are eligible for College benefits.

Regular positions within the College are assigned to one of the following groups: administrator, faculty (instructional faculty or educational support faculty), or classified staff (exempt or non-exempt). Position duties and responsibilities are determined by the College administration through the office of Human Resources. Compensation for regular positions is based on compensation and classification plans and salary schedules approved by the Governing Board and implemented by the Administration for each employee group. For more information on classification of positions, please refer to http://www.pima.edu/about-pima/policies/standard-practice-guides/SPG-1502-BA.html and http://www.pima.edu/about-pima/policies/standard-practice-guides/SPG-1502-BB.html.

Administrators and Faculty are contracted personnel. Contracts for Administrators and Executive Administrators will not exceed one fiscal year. The contract term for the Chancellor's employment will be determined by the Governing Board. Faculty contracts are for a maximum of an academic year or fiscal year, depending upon the FTE (budgeted position) authorization. Nothing in this policy statement, or in any employee group policy statement, creates an express or implied contract or expectation of employment beyond any current contract period.

### b.  Employment Status and Year of Service:

A year of employment service to the College is determined by the Personnel Policy Statement applicable to an individual's employee group and the standard annual equivalency for a year of service in that group. As an example, if a faculty member completes either a 9-month or 12-month contract, the faculty member has one year of service. A staff employee who serves in a position designated as 9, 10, 11 or 12 months is credited with one year of service upon completion of that term of employment. Similarly, if an Administrator completes a 12-month contract, this individual is credited with one year of service. Partially completed years will be calculated on a pro-rated basis as determined by the Chief Human Resources Officer.

## D. Reporting Violations of Law and College Policy (Whistle-blowing)
[all employees]

In accordance with Arizona Revised Statutes '38-531 and '38-532, it is a prohibited personnel practice for an employee who has control over personnel actions to take reprisal against an employee for a disclosure of information of a matter of public concern by the employee to a public body that the employee reasonably believes evidences:

    **1.** A violation of any law.
    **2.** Mismanagement, a gross waste of monies or an abuse of authority.

Every employee has the responsibility to report violations of Federal, State, County, Municipal laws or regulations, College policies or procedures, or failures to meet the standards of professionalism and ethical conduct expected by the College which the employee has reason to believe have occurred or will occur. For violations as listed above, the report should be made to the employee's supervisor, an Executive Administrator, the College's Internal Auditor, the College's hotline, the College's attorney, or the campus police as appropriate.

The disclosure by an employee to a public body alleging a violation of law, mismanagement, gross waste of monies or abuse of authority shall be in writing and shall contain the following information:

    1. The date of the disclosure.
    2. The name of the employee making the disclosure.
    3. The nature of the alleged violation of law, mismanagement, gross waste of monies or abuse of authority.
    4. If possible, the date or range of dates on which the alleged violation of law, mismanagement, gross waste of monies or abuse of authority occurred.

A finding that any employee, supervisor, or administrator has violated, is violating or intends to violate the Federal, State, County, Municipal laws or regulations, College policy or procedures, or is failing to meet the standards of professionalism and ethical conduct expected by the College will subject the employee to appropriate corrective or disciplinary action, up to and including termination.

## E. Whistle-Blowing Protection
[all employees]

Retaliation against any employee for whistle blowing, or participating in an investigation is strictly prohibited. The College prohibits any form of retaliation against employees for bringing bona fide allegations or providing information about violations of law or College policy to the attention of the College.

Employees who, in good faith, report what they believe to be workplace violence, a violation of law or College policy, or who cooperates in any investigation will not be subject to retaliation. However, if an employee knowingly makes erroneous allegations or provides false information, then, depending on the circumstances, the employee may be subject to disciplinary action, up to

and including termination.

Any employee who believes he/she has been a victim of retaliation for reporting workplace violence, a violation of law or College policy, or in an investigation should immediately contact the Chief Human Resources Officer or his/her designee or the Office of Dispute Resolution.

Retaliation becomes a separate complaint that can be claimed even if the original discrimination complaint was not substantiated. Retaliation can involve any aspect of employment, including hiring, firing, pay, job assignments, promotions, layoff, training, fringe benefits and any other term or condition of employment.

## F. Investigative Process
[all employees]

It is the responsibility of all employees to comply with the College's Code of Conduct, policies, procedures, and standards of job performance; any noncompliance must be remedied. It is the responsibility of the appropriate supervisor or administrator to assure compliance with the College's Code of Conduct, policies, procedures, and standards of job performance and to investigate, or initiate investigation of, any allegations of non-compliance. All investigations will be conducted promptly and will provide due process for all participants in the investigation. All College investigations shall be conducted in an impartial and as confidential a manner as possible in accordance with College policy, and State and Federal laws. All employees are expected to cooperate in ongoing investigations. Tape recording of investigatory meetings will only be permitted if all parties at the meeting agree.

### 1. Investigations

Alleged violations, including the appearance of violations, of Federal, State, County, or Municipal laws shall be investigated by the appropriate College personnel who have the training and responsibility to conduct such investigations.  Allegations of a violation of federal fair employment law or any type of unlawful discrimination shall be investigated according to the College Discrimination Complaint process.  Violations and concerns that go beyond the scope of College administrative investigations will be referred to the appropriate law enforcement agency as needed. Alleged violations of any laws may also result in the initiation of the Corrective Action or Disciplinary Procedure as detailed in this section.

In matters pertaining to job performance, personal conduct, or observance of College policies, the appropriate College personnel will conduct the investigation.

Matters concerning a Chancellor shall be referred to the Board Chair and College legal counsel, who shall notify all Board members, conduct a review and provide notice of the resolution to the complainant, in accordance with the Board By-laws Article XII.

An employee who is required to attend an investigatory meeting will be informed of the nature and intent of the meeting when the meeting is scheduled. The employee may choose to have a representative accompany him/her to the meeting (Section V., H.). Should it become necessary, the appropriate supervisor may decide to initiate the Corrective Action or Disciplinary Procedures.

### 2. Administrative Leave

In order to investigate allegations of misconduct, the College, through the appropriate Executive Administrator, in consultation with the Chief Human Resources Officer or designee, may place an employee on an administrative leave (leave with pay), immediately following notification to the employee. Such an action is taken when it is deemed to be in the best interest of the College and/or the employee to do so. The notification to the employee will include a written summary of the allegations prompting the leave. Any employee placed on administrative leave will not be required to use accumulated annual or sick leave and will continue to receive his/her regular (base) salary and benefits.

While on an administrative leave, the employee is expected to be available to the College during the employee's normal work hours, by either home phone or cellular phone. The employee is also expected to cooperate with the College in conducting the review and in providing information and resources necessary to conduct College business. Contact and communication with College employees may be limited to those directly involved in conducting the investigation. No employee may discuss details or matters related to the investigation with College employees who are not involved in conducting the review.

## G.     Guidelines for Corrective Action and Disciplinary Procedures
[full-time regular employees]

Depending upon the facts and circumstances involved in each situation, including what the College believes to be the seriousness and/or repetitive nature of the improper conduct or performance, management may in its sole discretion begin corrective or disciplinary procedures at any step. The steps are defined as the procedures are identified in the following sections:
- (J.1) Corrective Action: Step 1
- (J.2) Correction Action: Step 2
- (K) Disciplinary Procedure

1. Employees and their representatives will be allowed reasonable reassigned time from their regular duties in order to meet with College management.
2. All meetings held under these procedures shall be conducted as soon as is possible but no longer than 48 hours from the time of notification and at a place that affords a fair and reasonable opportunity for all persons entitled to be present to attend.
3. All discussions held under these procedures should occur in a private office, if reasonably available, or in an area substantially removed from the immediate presence of others.

4. As the corrective action moves from one step to the next, the supervisor may not add new allegations to the action without formal notice to the employee and provision of sufficient additional response time.

5. Retaliation shall not be taken against an employee for requesting representation, or an employee representative for fulfilling his/her responsibilities.

## H. Representation

All employees have the right and option to identify and select another regular College employee as a representative of his/her choice at any and all steps of the Corrective Action or Disciplinary Procedures. This individual should be a member of the same employee group as defined in Board Policy 4001 unless all employees involved in the matter agree that a representative from another group is acceptable. A selected representative may decline and the employee may then select another representative. A representative shall not be a key witness in the same matter.

If the representative has legal training or is an attorney, the representative may not act in the capacity of an attorney as related to this matter or any issue that may be tied to the matter. The employee may assign any or all of the following roles to his/her representative, but is responsible for making all final decisions regarding how to pursue the matter:

- observer
- note-taker
- person who speaks in addition to the employee, but not for the employee
- assistant to read and interpret policy or provide other appropriate support
- advisor

All communications between the representative and the employee that relate to the matter shall be confidential.

## I. Time Line Exceptions

All time requirements in the processes described below shall be met unless the parties mutually agree to an extension, an unforeseen event occurs, or an extension is granted by the Chief Human Resources Officer or designee. All extensions must be documented in writing and distributed to all parties involved.

The Chief Human Resources Officer or designee may extend any of the following timelines if it is determined that attempts to resolve the matter legitimately caused a participant to miss any of the following deadlines (e.g., if mediation efforts delay the initial filing) or if there are other extenuating circumstances.

In the case of an appeal (Section V., L.):

- If the respondent fails to meet the time requirements and has not received an extension, the appeal advances by default to the next step in the process.
- If the appellant fails to meet the time requirements, the appeal shall be considered withdrawn.

## J. Corrective Action Procedure
[full-time regular employees]

The Corrective Action procedure is designed to aid the supervisor in assisting the employee in remedying unsatisfactory job-related conduct and/or performance. The College encourages informal resolution of initial or minor infractions whenever possible. An oral or written directive may be given outside, or in addition to, the corrective action process, but may not necessarily be a part of the corrective action process. So long as subsequent corrective action is not required, a written directive will not be filed in an employee's official personnel file. In some cases, the alternative dispute resolution process called Mediation (Appendix D) or the Employee Assistance Program may provide suitable avenues for resolving the situation. The Employee Assistance Program may be utilized prior to or in conjunction with the corrective discussion.

In general, the Corrective Action procedure begins with the Initial Corrective Action Discussion and provides the employee sufficient time to improve his/her conduct or job performance. If the employee fails to make satisfactory progress, the Second Corrective Action Discussion communicates the urgent need for the employee to make additional improvements in a more formal manner. Should the employee fail to make satisfactory progress on the action plan developed in the Second Corrective Action Discussion, the supervisor may choose to initiate the Disciplinary Procedure.

The College reserves the right, when warranted and in consultation with Human Resources Employee Relations, to begin the Corrective Action Procedure at any intermediate step and assumes the responsibility of clearly informing the employee of this intent and the consequences associated with this intent.

The Corrective Action Procedure is intended to be used when previous informal discussions with the employee have failed to improve unsatisfactory job performance or conduct.

1. **Step One: Initial Corrective Action Discussion**
   The purpose of this discussion is to counsel and advise an employee of unsatisfactory job behaviors.

   a. The supervisor will notify the employee of the unsatisfactory job performance and/or conduct and simultaneously schedule a private meeting with the employee. At this point, the employee is informed that the meeting is for the initial corrective action discussion as set forth in policy. The meeting will be at a mutually agreed upon time within seven calendar days. The supervisor may invite a facilitator from Human Resources Employee Relations to be present but shall inform the employee of this intent.
   b. The employee may choose to have an employee representative accompany him/her to the meeting (Section V., H.).
   c. As part of the initial corrective action discussion, the employee will have an opportunity to ask questions and explain his/her behavior and conduct. Additionally, the employee will be advised of the consequences that may follow if the employee's performance or conduct does not improve.
   d. The supervisor will provide the employee, in writing, with a description of the

unsatisfactory job performance/conduct and the desired job performance/conduct. The employee and supervisor will determine a corrective plan of action with specific steps, goals, and timeframes. The Initial Corrective Action Plan shall not exceed 90 calendar days of the employee's scheduled work time. Plan item timeframe may be extended upon mutual agreement, and will be adjusted for approved absences of one week or more. The supervisor will document this plan in writing, and both the employee and supervisor will sign the plan as set forth. This paperwork is provided for clarity and will be maintained in the supervisor's file. This paperwork will not be placed in the employee's official personnel file.

e. Upon satisfactory completion of the corrective action plan, the employee shall be provided written confirmation of the satisfactory performance. One year after the satisfactory completion of the plan, the written record will be removed from the supervisor's files and returned to the employee.

f. Should performance/conduct not improve, or recur within one year of the completion of the corrective action plan, the written record may be used in subsequent corrective action and disciplinary steps.

## 2. Step Two: Second Corrective Action Discussion

The second corrective action discussion is pursued if the employee fails to improve his/her unsatisfactory job performance/conduct as stated in the initial corrective plan of action or when, in the judgment of the supervisor, the seriousness of the substandard job performance/conduct warrants skipping the initial corrective action discussion.

a. The supervisor will notify the employee, in writing, of the unsatisfactory job performance/conduct including specific information such as dates, times, places, and names.

b. The supervisor will schedule a meeting with the employee. At this point, the employee is informed that the meeting is for a second corrective action discussion as set forth in policy. The meeting will be at a mutually agreed upon time within seven calendar days of the notification. The employee shall be given sufficient time to prepare for the meeting (at least 48 hours). The supervisor may invite a facilitator from Human Resources Employee Relations but shall inform the employee of this intent.

c. The employee may choose to have an employee representative accompany him/her to the meeting.

d. The emphasis of the meeting will continue to be corrective in intent. The employee and supervisor will discuss the job performance/conduct that fails to meet expectations. The employee will have an opportunity to ask questions and explain his/her behavior and conduct. The supervisor will clearly explain both the steps required to correct the job performance/conduct as well as the consequences of failure to meet reasonable standards.

e. The supervisor will present the employee with a Second Corrective Action Plan with specific steps, goals, and timeframes. The Second Corrective Action Plan shall not exceed 90 calendar days of the employee's scheduled work time. Plan item timeframes may be extended upon mutual agreement

and will be adjusted for absences of one week or more. The supervisor and employee will sign the plan. The original will be given to the employee, a copy will be placed in the employee's personnel file, and the supervisor shall retain a copy.

f.  If an employee reaches the second corrective action discussion as a result of substandard job performance, the Second Corrective Action Plan will be written as a Performance Improvement Plan and will be managed through the appropriate employee performance evaluation process. The progress will be reviewed at the next annual performance evaluation. Failure to make satisfactory progress on the Performance Improvement Plan may result in recommendations for disciplinary actions.

g.  Following satisfactory completion of the second Corrective Action plan, and at the end of one year from the date of completion, the written record will be removed from the employee's personnel file at the request of the employee.

h.  If the goals outlined in the Corrective Action Plan have not been fully met, the supervisor may amend the Corrective Action Plan for review at the next performance evaluation meeting or proceed with disciplinary action.

i.  If, after the satisfactory completion of the corrective action plan, but within one year of its completion, the employee fails to maintain the satisfactory job performance/conduct that had been identified in the plan, the supervisor has the option to reinstate the corrective action plan or proceed with Disciplinary Action.

## K. Disciplinary Procedure
[full-time regular employees]

Disciplinary Action recommendations are generally made when the employee has failed to satisfactorily meet the goals stated in the Second Corrective Action Plan within the stated timeframe.

If an employee, by his/her actions, has violated a law, threatened or endangered any person, violated College policies or procedures, or jeopardized the integrity of the College or its programs, the supervisor may elect to begin the initial disciplinary procedure without following the steps of the Corrective Action Procedure.

As established by the disciplinary procedure, no employee will be disciplined, transferred for disciplinary reasons, demoted, suspended, or terminated without cause. Cause includes, but is not necessarily limited to, violations of the code of conduct, misconduct, unacceptably low activity, incompetence, and failure to follow applicable College policies and procedures, or to cooperate reasonably with other employees.

1.  **Initial Disciplinary Procedure**

a.  Even if an investigation or corrective action plan has not taken place, the supervisor will schedule a meeting with the appropriate Administrator and a representative from Human Resources Employee Relations to determine an appropriate plan of action.

b.  The supervisor will schedule a fact-finding meeting with, a representative from Human Resources Employee Relations and the employee. This meeting is used

to provide the employee an opportunity to respond to any allegations and explain questioned behaviors. The meeting will be during a regularly scheduled workday for the employee. The employee shall be given sufficient time to prepare (at least 48 hours). In unusual circumstances where the physical or emotional safety of the employee or others is endangered, alternate means will be utilized to provide the employee an opportunity to respond.

    i.    The employee may choose to have an employee representative accompany him/her to the meeting (see Section V., H.).

    ii.    The supervisor will present his/her reasons for believing that disciplinary action is warranted and, if applicable, why the Corrective Action Procedure was skipped. The employee will have an opportunity to respond to the allegations.

    iii.    If additional meetings with the employee are warranted, the meeting procedure as indicated in 1.b will be followed.

c.   The presiding Administrator will decide, with the assistance of Human Resources Employee Relations, if Disciplinary Action is warranted and, if so, what disciplinary action to pursue. All parties will be notified of the decision in writing. If disciplinary action is authorized, a copy of the decision is placed in the employee's personnel file. The employee will have the opportunity to provide a written response to the decision for inclusion in the employee's personnel file.

d.   When disciplinary action(s) has been authorized, the employee will be notified of the decision in writing. The written notification will be delivered to the employee in person or by registered or certified mail to the last known home address. The notification will specify the nature of the disciplinary actions, including any financial implications. The notification will also inform the employee of his/her right to grieve (Section VI) the decision, including any relevant timelines for filing an appeal. If the employee chooses to appeal the decision, the disciplinary action will be held in abeyance pending completion of the grievance.

e.   Should disciplinary action be authorized, the employee may file a grievance if he/she believes that College policies and/or procedures were not followed in the Disciplinary Procedure. The outcome of this grievance will not change the contents of the Disciplinary Action, but may result in an independent investigation of the process used to arrive at that outcome. The employee may also elect to file an appeal (Section V., L.) if he/she believes that the outcome of the Disciplinary Procedure is not satisfactory.

2.  **Disciplinary Actions**

The following actions are the recognized disciplinary actions available to the College. These actions may be used in isolation or they may be used in combination. An oral or written directive may be given outside, or in addition to, the disciplinary action process, but may not necessarily be a part of the disciplinary action process.

Following any disciplinary action, other than termination, there will be a disciplinary probation period of six months. During this period of time, the supervisor will provide feedback and evaluation to the employee. During this period, the supervisor and appropriate administrator can initiate further disciplinary action if warranted.

### a. Written Reprimand

A written reprimand is a disciplinary action to document the misconduct or failure to perform or meet job standards and warns that any future violations will result in more severe disciplinary actions, including possible suspension, demotion, and/or termination.

The employee will sign the reprimand to acknowledge receipt. A copy of the reprimand will be provided to the employee and the signed copy acknowledging receipt will be placed in the employee's personnel file. Employees may provide a written response for inclusion with the copy of the reprimand in the personnel file.

After a period of one year, the employee, with the concurrence of his/her supervisor and administrative supervisor, may recommend to the Chief Human Resources Officer that the written reprimand be removed from the employee's personnel file, provided there has been no other misconduct, or failure to meet job requirements, or subsequent disciplinary action. If it is the decision of the Chief Human Resources Officer to remove the written reprimand from the employee's personnel file, the document will be removed and forwarded to the employee. If the decision by the Chief Human Resources Officer is to not remove the reprimand, the employee may again request removal after another one (1) year period has elapsed.

### b. Disciplinary Reassignment

The College may choose, for disciplinary reasons, to reassign the employee to a different position within the same pay grade and within the current administrative unit. This action is taken when the College believes that such reassignment will benefit the College and the employee.

### c. Disciplinary Transfer

The College may choose, for disciplinary reasons, to transfer the employee to a different position within the same pay grade in a different administrative unit. This action is taken when the College believes that such transfer will benefit the College and the employee.

**d. Suspension**

A suspension is considered to be a significant disciplinary action and may be used for what the College believes are more serious incidents or repetitions of improper job performance or conduct. Notice of suspension will be delivered to the employee personally or by certified mail to the last known address. The notice will contain the specific reason(s) for and the duration of the suspension. The employee will sign and return a copy of the suspension decision to acknowledge receipt. The signed copy acknowledging receipt will be placed in the employee's personnel file. The employee may provide a written response within ten days for inclusion with the suspension decision in the personnel file.

**i. Notice in Lieu of Suspension**
The employee will receive notice that a suspension is warranted, but due to College operational concerns, the employee remains at work.

**ii. Administrative Leave With Pay**
The employee may be placed on administrative leave with pay, until a decision is made regarding his/her employment status with the College.

**iii. Suspension Without Pay**
The employee will not be compensated and may not use or accrue leave for any period of suspension without pay. Other benefits may be affected in accordance with College policy on leave without pay.

**e. Demotion**

A demotion is a very significant disciplinary action where the employee is assigned to a different position at a lower pay grade. Such a demotion may require moving the employee to a different administrative unit. The College considers a demotion to be the most severe form of discipline short of termination, but should be regarded as an attempt to find an alternative position within which the employee may satisfactorily meet the College's expectations.

**f. Termination of Employment**

Termination of regular employment may be used for what the College believes are most serious incidents or repetitions of improper job performance or conduct. Authority to terminate employment rests with the Governing Board.

i. **Notice of Recommendation to Terminate**

The Executive Administrator shall prepare a written notice recommending termination of employment, which shall be delivered to the employee either personally or by certified mail, return receipt requested, to the employee's last known address. The notice will contain the reasons for the proposed termination and will afford the employee an opportunity to provide a written response to the Chancellor. The employee will sign and return a copy of the notice to acknowledge receipt.

ii. **Notice of Decision**

After consideration of any additional information (including any response by the employee), the Chancellor shall issue a written notice of decision to the employee. The notice of decision will contain the reasons for the decision and, where applicable, advise the employee of the right to grieve the action. The employee will sign and return a copy of the notice to acknowledge receipt. The signed copy acknowledging receipt will be placed in the employee's personnel file.

a. If the Chancellor determines that termination is not warranted, the notice of decision will advise the employee and specify any action that will be taken in lieu of termination.

b. If the Chancellor determines that termination is warranted, the notice of decision will advise the employee that termination will be recommended to the Governing Board and that the employee will be placed on administrative leave with pay pending action by the Governing Board on the recommendation to terminate.

## L.    Appeal Processes for Outcomes of Disciplinary Action Excluding Termination

Supervisors are to investigate and discuss an appeal only with those individuals who have a need to know about it or who are needed to supply necessary information.

1.    **Initial Appeal to the Level One Supervisor**

If an employee is not satisfied with the outcome of a Disciplinary Procedure, he/she may file a formal written appeal within seven calendar days after the decision is received. This appeal must:

a. Identify a reason why the decision is not satisfactory,

b. Contain a statement of the facts surrounding the incidents with appropriate documentation,

c. Contain the remedy sought.
d. Be filed with:
   • the respondent
   • the level one supervisor(s)
e. Be signed by the appellant or sent from the appellant's PCC email account.

Any appeal that does not include these essential elements will be rejected.

The level one supervisor will confer with the parties, Human Resources Employee Relations and any other persons he/she deems appropriate, to investigate the issues. Within seven calendar days from the date of the receipt of the appeal, the level one supervisor will provide a written decision and justification to the appellant and the respondent.

2. **Final Appeal to Executive Administrator**

If the appellant or respondent is not satisfied with the decision received at the initial stage of the appeal process described above, the appellant may appeal the decision to the executive administrator responsible for the campus or department where the Disciplinary Procedure originated, unless the appeal is with the executive administrator, in which case, the appeal will be sent to the Chancellor or his/her designee.

The appeal must be in writing and must include the formal appeal paperwork and decision, and the reason(s) the decision is not considered satisfactory. The appeal must be sent to all participants in the process to date. Any appeal that does not include these essential elements will be considered withdrawn. The appeal must be signed by the appellant or respondent or sent from the appellant's or respondent's PCC email account.

This final appeal must be filed within seven calendar days of receipt of the initial appeal decision. The executive administrator or designee will take the steps he/she deems necessary to review and investigate the appeal and may meet with the appellant, respondent, and level one supervisor. The executive administrator or designee will document all steps taken in the investigation of the appeal. The executive administrator or designee will complete the review and investigation within seven calendar days of receipt of the appeal and will issue a written decision with justification to the participants. This decision is final.

## M. Appeal of Termination

Employees may promptly appeal a recommendation of termination directly to the Governing Board, within seven calendar days from the date of the Chancellor's written notice of decision to recommend termination. The Governing Board shall hear the appeal, normally within 21 calendar days of the Board's receipt of the appeal. Within 21 calendar days after the hearing concludes, the Governing Board will render a written decision to the appellant.

If, upon appeal, the termination is upheld, the separation will be processed effective the

date of the Board's decision. If, upon appeal, the termination is denied or reduces to a lesser action in lieu of termination (e.g., suspension without pay), the employee will be returned to duty and provided with back pay when appropriate and benefits for any period of erroneous or unwarranted unpaid suspension.

# Katz v. Pima County Community College District et al.

## Complaint Exhibit #4

### E-mail from DAK to Mary Kay Gilliland dated 7-30-13 (one page)

**From:** Katz, David
**Sent:** Tuesday, July 30, 2013 10:34 AM
**To:** Gilliland, Mary
**Cc:** Weeks, Wendy; Kelley, Colleen; Nair, Padma; Kolchens, Silvia; Mergler, Mark; Harp, Donald; Albert, Louis; Lammers, Dee
**Subject:** Laboratory issues

Hi Mary Kay,

This is a follow-up to our discussion of last week concerning laboratory issues.  As I mentioned, these have been long-term ongoing issues.

The balances in the laboratory have not been serviced and calibrated since at least 2011.  These are precision instruments that are used in every laboratory class and they must be maintained by a qualified technician on a regular basis of once each year.  There are currently 6 balances out of service, sitting in the laboratory preparation area.  That reduces the available instruments for each laboratory class.  The last service, performed on the balances was by Analytical and Precision Balance Co., Inc. (Telephone 602-598-0321)  Continued neglect will only result in more costly service.

One of our Spectronic 20 Genesis spectrophotometers is currently in need of repair and is relegated to collecting dust on a shelf in the laboratory preparation area.  These instruments are used in several laboratory experiments and should be maintained in proper operating condition.  It should be repaired or replaced in time for the Fall semester.

There are several hot plates that are in need of repair and are currently relegated to collecting dust on a shelf in the laboratory preparation area. Hot plates are used in almost all the laboratory classes during the semester. These may be repairable at a reasonable cost.  Both Bear Holland and I have sufficient expertise to effect some of the needed repairs, and, if not, they should be sent out for repair or replaced, but there is no repair budget.

Distilled or deionized water is used to prepare solutions for all of our teaching labs, as well as in the all laboratory experiments.  It is totally unreasonable that the deionized water units are located in the biology department and that the chemistry personnel can only access the water for short periods each day.  As a major user of distilled or deionized water, there should be units located in the chemistry laboratory area.  It would be in the best interests of our classes if units could be in place for the Fall semester.

There is no repair budget for instruments and equipment in the chemistry department.  As a result, we have faced the loss of thousands of dollars of equipment over the past few years.  Since this equipment is either used by our students or in the preparation of materials used by our students in the educational process, it seems only reasonable that a portion of the lab fees paid by the students should be allocated into a repair and/or replacement budget for critical equipment.  A repair budget has been discussed for years with no action.  That has only harmed the educational process in the chemistry laboratory program and it should be instituted in the very near future.

We have been faced with a crumbling infrastructure for several years.  There has been an effort to clean up the chemistry area, but we cannot move forward if we cannot maintain the equipment and instrumentation we have.

David

*David A. Katz*
Department of Chemistry
Pima Community College - West Campus
2202 W Anklam Rd., Tucson, AZ 85709
Voice/Messages: 520-206-6044
Email: dkatz@pima.edu
Visit my web site: http://www.chymist.com

# Katz v. Pima County Community College District et al.

# Complaint Exhibit #5

# Memo from Mary Kay Gilliland to DAK dated 9-16-13 (one page)

 **PimaCountyCommunityCollegeDistrict**

TO:        David Katz

FROM:    Mary Kay Gilliland

DATE:    September 16, 2013

SUBJECT:  Notice of Investigatory Leave of Absence

---

Pursuant to Section V.E.2. (*Investigatory Leave of Absence, p. 47)* of the Pima Community College *Personnel Policy Statement for College Employees 2013/2014*, you are hereby notified that a decision has been made to place you on an <u>Investigatory Leave of Absence with pay</u> as the College moves forward with an investigation into possible violations of the Code of Conduct/Discipline, Section V, which includes behavior and language that demonstrates unwillingness to cooperate with others, lack of collegiality, disrespect, bullying or harassing, insubordination, use of profane language and an inappropriate display of anger towards other employees including faculty colleagues, staff, your supervising administrator and temporary and student workers.

In addition, the reported behavior includes refusal to submit a time sheet for personal time at the start of the semester, request for college approval to be away for professional development during time intended for a personal/family visit, refusal to turn in your office hours, yelling and swearing at and around lab staff.

The reported behavior also includes emails that take an inappropriate tone towards your dean and towards colleagues.

A meeting has been scheduled for **Monday September 23, at 10:00 a.m.** <u>in A208 (President's Office)</u> at the West Campus of Pima Community College to provide you with more detailed information relative to the allegations and to discuss your opportunity to respond. Per College policy, you have the right to have a non-attorney employee representative accompany you to this meeting.  A representative from Human Resources Employee Relations will also be in attendance.

While on an investigatory leave of absence, you are expected to be available to the College during the employee's normal work hours, either by home phone or cellular phone, and you are expected to check your college e-mail daily.  You are also expected to cooperate with the College in conducting the review and in providing information and resources necessary to conduct College business.  Failure to do this will result in prompt disciplinary action.

Should you have any questions about this notice, please contact Dean Mary Kay Gilliland at 206-6763 or Vice-President Dee Lammers at 206-6782.

cc:  Human Resources

# Katz v. Pima County Community College District et al.

## Complaint Exhibit #6

### Memo from Louis Albert to DAK dated 10-4-13 (one page)

 **PimaCountyCommunityCollegeDistrict**

| | | |
|---|---|---|
| **TO:** | David Katz | *Dr. Aubrey Conover—* |
| **FROM:** | Louis Albert, Campus President | *Signature authority for Lou Albert* |
| **DATE:** | October 4, 2013 | |
| **SUBJECT:** | Notice of Intent to Suspend without Pay and Intent to Terminate | |

Pursuant to Section V.H.2(d)(f) of the Pima Community College *Personnel Policy Statement for College Employees 2013/2014*, you are hereby notified that a decision has been made to place you on a suspension without pay as the College moves forward with formal termination procedures.

This action is being taken as the result of the findings of an investigation conducted alleging inappropriate conduct toward colleagues and your Academic Dean.  Moreover, the investigation revealed multiple safety violations that have repeatedly been brought to your attention and which you have failed to correct.   In addition, the investigation revealed that you have failed to submit, to date, a timesheet for leave taken on days of accountability.  Based on the findings of the investigation, a meeting has been scheduled for Wednesday, October 9, 2013 at 10:00am in A 208, the President's conferenc room to further discuss with you the findings that influenced this decision and to answer any questions you may have regarding your options.   You may invite a non-attorney employee representative to accompany you to this meeting.  A representative from Human Resources Employee Relations will also be in attendance.

Per College policy, you have the right to provide a written response to this decision to the Chancellor for review and consideration.  The Chancellor will determine whether or not to uphold the recommendation to terminate.  Should the intent to terminate be upheld, you may grieve the proposed termination within seven (7) calendar days from the date of the Chancellor's written notice of decision to recommend termination.  If you choose to appeal the Chancellor's recommendation for termination, the termination will be held in abeyance pending completion of the appeal.  The Governing Board shall hear the appeal, normally within fifteen (15) days of receipt of the appeal request.  Within fifteen (15) days after the hearing concludes, the Governing Board shall provide you with a written decision.

I acknowledge receipt of a copy of this memorandum:

_____          _____
Signature of Employee                    Date

Cc: Employee Relations

# Katz v. Pima County Community College District et al.

## Complaint Exhibit #7

### Memo from Louis Albert to DAK dated 10-10-13 (two pages)



**PimaCountyCommunityCollegeDistrict**

---

*Sent by Federal Express or Certified Mail*

TO:     David Katz, Chemistry Instructor

FROM:   Lou Albert, Ph.D., Campus President

DATE:    October 10, 2013

SUBJECT:   *Notice of Decision to Recommend Termination of Employment*

---

Pursuant to Section V.H.f(i) of the Pima Community College Personnel Policy Statement 2013/2014, you are hereby notified that a decision has been made to recommend the termination of your employment to Lee Lambert, Chancellor of the Pima County Community College District and to continue you on suspension without pay.

In my *Notice of Intent to Suspend without Pay and Intent to Terminate* dated October 4, 2013, I notified you of my intent to recommend your termination and of your suspension without pay. On October 9, 2013 I met with you, your PCCEA representative, Mark Nelson, an Organizational Consultant with the Arizona Education Association (AEA) and Alison Colter-Mack, Director of Employee Relations & Policies to present you with a Summary of Findings Addendum and to advise you of my intent to move forward with a recommendation to the Chancellor that you be terminated from employment with the College for violation of its Code of Conduct. Specifically, you were advised that the findings of the investigation revealed that there was inappropriate conduct on your part toward your colleagues, academic dean and students. Moreover, there was evidence presented to support that you have repeatedly violated Pima Community College's safety protocols as well as OSHA standards. Evidence provided during the course of the investigation also revealed that you failed to, and to date, provide a timesheet to account for leave taking during days of accountability even following multiple requests from your academic dean to do so.

The facts and circumstances involved in this situation, as well as past issues involving the same types of behavior, I believe, are serious and egregious enough that the application of continued progressive discipline is not appropriate.

In accordance with Pima Community College Personnel Policy Statement for College Employees, you have the opportunity to provide a written response to Chancellor Lambert regarding this proposed action with ten (10) workdays of receipt of this notification. After consideration of any additional information you may provide, the Chancellor shall issue a written notice of a decision to you within ten (10) workdays of receipt of your written response. Should the Chancellor agree with the recommendation and determines that termination is warranted, you may grieve the proposed termination within seven (7) calendar days from the date of the Chancellor's written notice of decision, using the appeal of termination section of the grievance procedure. If you choose to exercise your right to appeal the decision to recommend termination, the termination shall be held in abeyance pending completion of the appeal. The Governing Board shall hear the appeal, normally within fifteen (15) days of receipt of the appeal

request.  Within fifteen (15) days after the hearing concludes, the Governing Board shall provide you with a written decision.

If you desire to provide any additional information to Chancellor Lambert, you should submit your written response to Alison Colter-Mack, Director of Employee Relations and Policies no later than 5:00pm on Friday, October 25, 2013.  As noted above, after consideration of any additional information you may provide, the Chancellor will issue a written notice of a decision to you.

Should you have any questions about the grievance process, please contact Ms. Colter-Mack 206-4620.


C:    Chancellor Lee Lambert
       Jeff Silvyn, General Counsel/Human Resources Liaison
       Alison Colter-Mack, Director, Employee Relations and Policies

# Katz v. Pima County Community College District et al.

## Complaint Exhibit #8

### Memo from Lee Lambert to DAK dated 12-19-13 (one page)



**Inter-OfficeMemorandum
PimaCommunityCollege**

**Date:**       December 19, 2013

**To:**        David Katz

**From:**      Lee Lambert, Chancellor

**Re:**        Paid Investigatory Leave

Following the meeting on December 17, 2013, I have determined that further review and information is necessary before making a final decision about the most appropriate outcome. While this additional review takes place, I am placing you on <u>paid</u> investigatory leave **effective December 18, 2013.** *Personnel Policy Statement for College Employees*, Section V. Code of Conduct/Discipline, E. Investigations.  During the review, you will have an opportunity to provide additional information.

While you are on paid investigatory leave, your assigned work location will be your home and you must be reachable during normal working hours.  Contact Angie Wesson in my office at 206-4747 or <u>awesson@pima.edu</u> to provide your contact information.  You may also contact my office if you have any questions during the leave.

# Katz v. Pima County Community College District et al.

## Complaint Exhibit #9

### Curriculum Vitae of DAK
### (26 pages)

# CURRICULUM VITAE

## David A. Katz

### I. AREAS OF EXPERTISE AND RESEARCH INTERESTS

- Course development and updating for majors and non-majors in chemistry, physical science, and science education methods. This is an ongoing research project.
- Science Communicator. Ability to address a wide range of audiences from pre-school students to professional scientists.
- Expert demonstrator.
- Developed many new chemistry demonstrations and experiments, including guided-inquiry-type experiments. This is an ongoing research project.
- Developed new courses and programs in a number of formats from one-day workshops, to weekend courses to on-site at local companies.
- Developed integrated hands-on courses for non-majors with some ongoing progress for the general chemistry course.
- Developed active assessment techniques for hands-on experiment questions as part of classroom examinations.
- Instrumentation includes UV-Vis, IR, GC, AA, HPLC, pH, and Calorimetry
- Basic electronic construction skills and repair. Including computer assembly and updating.
- Computer skills include programming in Basic and programs such as Windows 8, Microsoft Office 2013, Corel Draw, Adobe Photoshop, ChemBio Office, and Quicken.

### II. EDUCATION

| | |
|---|---|
| 1971-1983 | Villanova University, Villanova, Pennsylvania<br>Degree: M.Sc.in Chemistry (Inorganic), 1974<br>A.B.T., 1976 |
| 1963-1967 | Drexel University, Philadelphia, Pennsylvania<br>Degree: B.Sc. in Chemistry, 1967 |

### III. PROFESSIONAL EXPERIENCE

August 2002-present
**Pima Community College, Tucson, Arizona**
Duties: Teaching, and course development.
Courses taught:
CHM 080, Preparation for General Chemistry
CHM 121 and CHM 121IN, Science and Society (as a hands-on integrated course)
CHM 125IN, Consumer Chemistry (as a hands-on integrated course)
CHM 128IN, Forensic Chemistry (proposed)
CHM 130, Fundamental Chemistry (General-Organic-Biochemistry)
CHM 151-152, General Chemistry

June 1998-Present
**Consultant**
Specializing in programs and workshops for teachers, schools, museums, and the general public

1985 – Present
**Flinn Scientific Company, Batavia Illinois**
Consultant:  Developed chemistry kits, apparatus, and Flinn Chemical Fax! sheets

January-May, 2000, 2001
**Ursinus College, Collegeville, Pennsylvania**
Duties: Teaching Chemistry 100Q, a non-majors introductory chemistry course with laboratory.
Position: Instructor of Chemistry (part-time)

January-June 1999
**Institute for Science Education and Science Communication**, Columbia College, Chicago, Illinois
Duties:  Present workshops for students, teachers, and parents in the Chicago public schools under four grant programs:

Annenberg Foundation program for elementary school teachers and parents.
Joyce Foundation program for parents of elementary school students.
Chicago Public School program for high school teachers and students.
NSF program for middle school teachers.

Position:  Staff member, January-June, 1999.

September 1991- May 1998

**Cabrini College**, Radnor, Pennsylvania

Duties:  Teaching, course development, and scientific grant writing.
Courses taught:

CHE 101-102, General Chemistry
CHE 101L-102L, General Chemistry Laboratory
CHE 103, Science and Society: Consumer Chemistry
CHE 103L, Science and Society Laboratory
CHE 105, Scientific Perspectives (Physical Science)
CHE 105L, Scientific Perspective Laboratory
CHE 206, Current Issues in Science
CHE 406, Analytical Chemistry,
CHE 407, Instrumental Analysis,
CHE 401-402, Physical Chemistry,
CHE 303, Advanced Inorganic Chemistry,
HCHE 300, Honors Chemistry Seminar
ELE 381, Curriculum Methods in Science and Health,
CHE 489, Chemistry Curriculum and Methods, .

Additional activities:
Revised and redesigned Developed Curriculum Methods in Science and Health under a grant from Rohm and Haas Company.  This course was designed to teach elementary education majors demonstrations and hands-on activities to illustrate science principles to young students.

Positions:

Chairman, Department of Chemistry, 1995-1998
Associate Professor of Chemistry and Assistant in Science Grant Writing, 1993-1995.
Adjunct, Professor, 1991-1993.

September 1966-August 1993

**Community College of Philadelphia**, Philadelphia, Pennsylvania

Teaching and course development of general chemistry courses for science and non-science majors, and development of a chemical technology program.

Courses taught:

> CHEM 101-102, College Chemistry (Non-major. Originally General, Organic, and Biochemistry, later, World of Chemistry)
> CHEM 101-102 Lab, College Chemistry Laboratory
> CHEM 110, Introductory Chemistry
> CHEM 110 Lab, Introductory Chemistry Laboratory
> CHEM 121-122, General Chemistry
> CHEM 121-122 Lab, General Chemistry Laboratory

Positions:

> Associate Professor of Chemistry, 1984-1993
> Assistant Professor of Chemistry, 1971-1984
> Instructor of Chemistry and Physics, 1969-1971
> Lecturer in Chemistry and Physics, 1968-1969
> Laboratory Instructor (full-time), 1968
> Laboratory Instructor (part-time), 1966-1967

## 1984 - 1997

### Institute for Chemical Education

Co-developer and co-instructor of the NSF supported K-12 Chemistry Supplements program. A two-week workshop to teach teachers how to develop, incorporate, and utilize chemical demonstrations in their teaching. The program was initiated at the University of Wisconsin - Madison in 1984. In succeeding years, Prof. Katz initiated the program and trained local personnel in running it at the University of Arizona-Tucson, the University of Maryland-College Park, and the University of Northern Colorado. Developer, in 1987, of a Science Specialist Workshop at the University of Northern Colorado, where eight specialists from local school districts were instructed how to set-up and run the Chemistry Supplements workshop. The specialist Program was repeated at the University of Maryland in 1988 and University of Northern Colorado in 1989. Co-developer, in 1990, of Chemistry Fundamentals for middle school teachers at the University of Northern Colorado and Chemistry and Physics Fundamentals in 1994.

University of Wisconsin-Madison, Madison, Wisconsin, 1984
> Position: Visiting Assistant Professor

University of Arizona - Tucson, Tucson, Arizona, 1985.
> Position: Visiting Associate Professor

University of Maryland, College Park, Maryland, 1986, 1988
> Position: Program Director

University of Northern Colorado, Greeley, Colorado, 1987, 1989-1997
> Position: Program Director

## 1984-1985

### University of Pennsylvania, Philadelphia, Pennsylvania

Developed and taught special one-week programs for gifted students in 4th thru 8th grades. One program on chemistry, "The Chemistry Lab in Your Home", and one on physics, was "Waves, Light, Sound and Motion: Working with the Tools of Physics"

## 1984

### Temple University, Philadelphia, Pennsylvania

Developed and taught "Enjoying Science", a non-credit workshop, providing a hands-on introduction to science for individuals with little or no science background.

September-December, 1966

**Drexel University**, Philadelphia, Pennsylvania

Teaching Assistant, assigned to teach recitation and laboratory for freshman Chemistry

June-August, 1966

**Hastings and Company**, Philadelphia, Pennsylvania

Laboratory Technician involved in formulation, color matching and applications of hot metal stamping foils.  (As part of the Drexel cooperative education program.)

September-December, 1965

**Murrell Dobbins Technical High School**, Philadelphia, Pennsylvania

Long-term Substitute assigned to teach classes of Chemistry, Physics, Applied Biology, and Shop Math.  (As part of the Drexel cooperative education program.)

January-June, 1965

**Minerals and Chemicals Philipp Corp.** (Now: Englehard Minerals and Chemicals Corp.), Menlo Park, New Jersey

Laboratory Technician involved in papermaking and applications of kaolin and attapulgus clays to papers and paper coatings.  (As part of the Drexel cooperative education program.)

January-June, 1964

**Germantown Manufacturing Company**, Broomall, Pennsylvania

Laboratory Technician involved in testing stabilizers and emulsifiers for use in ice creams and other foods.  (As part of the Drexel cooperative education program.)

## IV.  PROFESSIONAL ORGANIZATIONS AND ACTIVITIES

**American Chemical Society**

Offices and Activities:

ACS Council Committee on Chemical Safety
Member, 2006-present
Safety reviewer for ACS Kids and Chemistry, Elementary and Middle School Chemistry, and ACS National Chemistry Week activities, 2008-present.

Presidential Task Force on K-12 Education

Member, 2001

Division of Chemical Education:

Examinations Committee - Preparing the 1989 ACS General Chemistry Exam: 1987-1988.
Task Force on Elementary School Science: 1985-1989
Two-Year College Chemistry Committee: 1985-1993
International Conference Committee: 1984-1986
Program Committee: Associate member, 1981-1982, Member, 1983-1984, Local arrangements organizer for 188th National Meeting, August 1984.
International Activities Committee: 2007-2013

Division of Chemical Health and Safety:

>Board of Editors, Chemical Health and Safety, 1994-1996
>Chemical Health and Safety Exam Committee, developed the ACS DivChed Chemical Health and
>Safety Exam, 1995-1997
>Treasurer, 1985-1989
>Directory Committee: Chairman, 1984
>Alternate Councilor, 1984-1987
>Award Committee: Member, 1984; Chairman, 1985
>Audit Committee: Chairman, 1982, 1983

Division of History of Chemistry:

>Nominee for Chairman-Elect, 1980, 1981.

Division of Professional Relations:

>Member-at-Large, 1994-2008

ACS Council Committee on Professional Relations:

>Member, 1991-1993.

**Southern Arizona Section of the American Chemical Society**

Activities and Offices:

>Chairman, 2005
>Chairman-Elect, 2004
>Education Committee: Member, 2002-2007, Chair, 2006-2007

**Philadelphia Section of the American Chemical Society**

Activities and Offices:

>Board of Directors: Member, 1985 - 2002
>Councilor, 1991-1993, 1995-2002;  Alternate Councilor: 1986-1990, 1993-1995
>Chairman, 1984
>Chairman-Elect, 1983
>Chemical Education Projects,Inc.: Chairman, 1986; Vice-Chairman, 1985
>Teacher Award Committee: Member, 1991-2002
>Public Relations Committee: Chairman, 1986
>Nominating Committee: Chairman, 1985, Member, 1997
>Education Committee: Member, 1977-2002 Chairman, 1982
>Education Topical Group: Member, 1977-2002
>Liaison Committee: Member, 1972-2002t; Chairman, 1981-1982
>Long Range Planning Committee, 1990-1991, 1992-1993
>Philadelphia Section Award Committee: 1992-1993; Chairman, 1983.
>Program Committee: Member, 1980-1982; Chairman, 1983
>Publications Committee: Member 1981-2002; Cover Editor for THE CATALYST, 1982-2002.
>Task Force to Investigate Cooperative Interaction With Other Sections, 1981
>Speakers Bureau, 1983-2002
>Service Award, 1983, 1993.

**Chemical Manufacturers Association**

Catalyst Award Screening Committee, 1985-1998
Catalyst Award: Judge 1986-1998
Education Task Group, 1989-1998
CHEMECOLOGY Education Advisory Panel, 1991-1998

**Pennsylvania Association of College Chemistry Teachers**

Activities: Planning Committee Member, 1982-1983, 1988.

**PhilaPosh** (Philadelphia Project on Occupational Safety and Health)

Board Member, 1991-1993.

**Two-Year College Chemistry Conference**

Activities: Two-Year College Chemistry Committee Member, 1985-1993

**Other Memberships:**

American Association for the Advancement of Science

American Association of Physics Teachers

Tucson Area Physics Teachers Association

International Union of Pure and Applied Chemistry (IUPAC)

National Science Teachers Association

Royal Society of Chemistry (London)

Society for the History of Alchemy and Chemistry

## V. AWARDS AND HONORS

### National Awards:

Recipient of Recognition Award for Long Term Contributions to the International Conference on Chemical Education, ICCE2014, Toronto, ON, Canada, July 2014

Recipient of the 2009 Helen M. Free Award for Public Outreach, American Chemical Society. August, 2009.

Recipient of the 1983 Chemical Manufacturers Association National Two-Year College Chemistry Catalyst Award for outstanding college chemistry teaching.

### Regional and Local Awards and Honors:

Recipient of the 1983 E. Emmet Reid Award for excellence in teaching chemistry in small liberal arts - colleges in the Middle Atlantic Region of the American Chemical Society.

Recipient of the Ullyot Award for Meritorious Service presented by the Philadelphia Section of the American Chemical Society, January 21, 1993.

Listed in Marquis Who's Who in the East, 1990-present.

Recipient of the Outstanding Volunteer Service Award presented by the Volunteer resource Group of the Lower Merion School District, 1990.

Recognized as a twenty year faculty member at Community College of Philadelphia, 1988.

Recipient of the Philadelphia Section of the American Chemical Society Service Award, 1983.

Lilly Foundation Fellow. Selected to participate in CIS 580A, "Introduction to Computer Graphics", held at the University of Pennsylvania, Philadelphia, Pennsylvania, September-December 1982.

Selected as an "Outstanding Young Man of America" for 1981 by the U.S. Jaycees.

Lilly Foundation Fellow.  Seminar program Technology, Medicine, Science and Society: A Historical Perspective, developing an integrated approach to the study of science, technology, and medicine and its effects on society, past and present.  University of Pennsylvania, Philadelphia, Pennsylvania, May 1980.

Recipient of the Delaware Valley Section of the Society for Applied Spectroscopy Student Award, 1967.

## VI. PUBLICATIONS

Web site:  http://www.chymist.com A compilation of educational chemistry activities, historical information and educational material and tutorials for the chemistry classroom.  Continuously updated.

Katz, David A., Wonderful Scientific Copenhagen, in **Science History: A Traveler's Guide**, Edited by Mary Virginia Orna, American Chemical Society Symposium Series, 2014.

Selegue, Thomas, and  David A. Katz, Editors, **General Chemistry in Action,** 2nd Ed., Hayden McNeil, 2011.

Katz, David A., **The General Chemistry Laboratory Survival Manual,**  Hayden-McNeil Publishing Co., 2005.  (Previous editions printed at Cabrini College, 1994, and Pima Community College, 2003.)

Katz, David A., **The Chemistry (and a little physics) of Soap Bubbles** (Web published at http://www/chymist.com )

Katz, David A., **Chemistry in the Toy Store** (Web published, continuous updating at http://www.chymist.com )

Katz, David A., **National Chemistry Week 2014**, The Sweet Side of Chemistry: Candy, (Web published with continuous updating at http://www.chymist.com

Katz, David A., **Cooking With Chemistry** (Web published, continuous updating at http://www.chymist.com )

Katz, David A., **The Consumer Chemistry Laboratory Manual** (Web published, continuous updating at http://www.chymist.com )

Katz, David A., **Chemical Principles Visualized: A Demonstration and Resource Book** (In preparation)

Katz, David A., **The Compleat Chymical Demonstrator** (Web published, continuous updating at http://www.chymist.com )

Katz, David A., *Nanotechnology Experiments for General Chemistry Laboratory Classes*, **Chemistry in Action! #99**, Spring 2013.

Co-author, *Safety in the K-8 classroom,* American Chemical Society, 2011

Katz, David A., *Equilibrium Visualized*, **Chem13News**, No. 379, Dec 2010/Jan 2011

Katz, David A., *A safer alternative to alcohol solutions for flame tests,* **Chem13News**, No. 380, Feb 2011

Katz, David A., **The Chemistry 130 Laboratory Manual,** Pima Community College, 2003.

Katz, David A., *Chemie im Spielwarengeschäft*, **Praxis der Naturwissenschaften vereinigt mit Chemie in der Schule, 5/50**, 36, 15. Juli 2001.

Anderson, Cynthia, and Katz, David A., *A Mark of Color: Investigate the Chemistry Behind Color-Changing Markers*, **ChemMatters**, October 1998.

Katz, David A., Chemistry in the Toy Store, in the **1996 Australian Chemistry Resource Book**, published by the Royal Australian Chemical Institute.

Katz, David A., Changing Magic into Science - The Art of Effective Demonstrations, in the **1996 Australian Chemistry Resource Book**, published by the Royal Australian Chemical Institute.

Zdravkovich, Vera, Katz, David A., Mapletoft, Miranda, and Schultz, Ethel, **Chemicals We Use Every Day, Teacher's Guide**, Chemical Manufacturers Association, 1995.

Katz, David A., **The General Chemistry Laboratory Survival Manual**, Cabrini College, 1994.

Katz, David A., A Bag of Slime, **Journal of Chemical Education**, **71**, 891, October 1994.

Katz, David A. and Willis, Courtney, Two Safe Conductivity Apparatus, **Journal of Chemical Education**, **71**, 330, April 1994.

Katz, David A., Safer Alternatives to Fire and Explosions in Classroom Demonstrations, **Journal of - Hazardous Materials**, **36**, No. 2, 149, February 1994.

Katz, David A., Some Safer Alternatives to Fire and Explosions in Classroom Demonstrations, **CHEMECOLOGY**, **22**, June 1993.

Katz, David A., Extracting Iron From Cereal, **CHEMECOLOGY**, **21**, March 1992.

Katz, David A., Katz in the Toyshop, a regular column appearing in **Education in Chemistry**, published by the Royal Society of Chemistry, 1990-1993.

Katz, David A., Science Demonstrations, Experiments, and Resources, **Journal of Chemical Education**, **68**, 235,  March 1991.

Katz, David A., and O'Brien, Thomas, Common Chemicals Around the House, **CHEMECOLOGY**, **20**, May/June 1991.

Katz, David A., Science Demonstrations and Experiments, **SPECTRUM**, 1990.

Katz, David A., The Chemistry of Soap Bubbles, **SPECTRUM**, 1990.

Katz, David A., Colorful Catalysis: The Oxidation of Tartaric Acid by Hydrogen Peroxide with a Cobalt Chloride Catalyst, **SPECTRUM**, 1990.

Katz, David A., An Experiment in Alchemy: Copper to Silver to Gold, **SPECTRUM**, 1990.

Katz, David A., Common Chemicals Around Your Home, **SPECTRUM**, 1990.

Katz, David A., Chemistry in the Toy Store, **SPECTRUM**, 1990.

Katz, David A., Balls and Balloons and Things That Go `Bang', **Chemecology**, **17**, No.10, 2, December 1988-January 1989.

Katz, David A., Chemistry in the Toy Store, in the **1988 Yearbook of Science and the Future** of the Encyclopedia Britannica.

Katz, David A., Bubbles: A Popping Good Teaching Tool, **The Mast Rapper** the Official Publication of the Maryland Association of Science Teachers, **2**, 20, September 1986.

Katz, David A., Chemistry in the Toy Store, in the 1986 **Australian Chemistry Resource Book**, Edited by C. L. Fogliani.

Katz, David A., The Crisis in Science Education, a guest editorial in **The South-Western Connecticut Chemmunicator, 2**, No. 3 (September 1984).

Katz, David A., Evaluating Laboratory Experiments in General Chemistry, in **Proceedings of the Symposium on Educational Approaches to Safety and Health in Chemistry**, 1984.

Katz, David A., Making Slime in **Idea Bank Collation, A Handbook for Science Teachers**, Edited by Irwin Talesnick, Science Supplies and  Services Co. Ltd., Kingston, Ontario, Canada, 1984.

Katz, David A., in The spectra of streetlights illuminate basic principles of quantum mechanics in the Amateur Scientist edited by  Jearl Walker, **Scientific American**, **250**, No. 1, 138-143 (January 1984).

Katz, David A., Identifying and Dealing With Hazardous Materials and Procedures in the General Chemistry Laboratory, **Journal of Chemical Education**, **59**, A127-A130 (1982).

Katz, David A., Making Slime in "Idea Bank", **The Science Teacher**, **49**, No. 6, 55 (September 1982).

Slavin, Donald G., Katz, David A., and Myers, Joan, A 100% Safety Test, described in **CHAS Notes, 1**, No. 3 (1982).

Katz, David A., The Katz' Meow in Ideas From Everywhere, **Journal of Chemical Education**, **58**, 67 (1981).

Katz, David A., Avogadro's Number, answer to an inquiry in **CHEM 13 NEWS, December 1980**, No. 117, 16.

Katz, David A., Reduction of CuO with Burner Gas, **Journal of Chemical Education**, **52**, 204 (1975).

Katz, David A. and A. K. Mukherji, Determination of Halides with Ion Specific Electrodes, **Microchemical Journal**, **13**, 604-615 (1968).

# VII.  PAPERS PRESENTED

## A.  Professional Meetings and Seminars, 2004-present

"40-plus years of laboratory experiments", 248th American Chemical Society meeting, San Francisco, CA, August 10-14, 2014

"Chemical Principles Visualized", 23rd International Conference on Chemical Education (ICCE 2014), Toronto, ON, Canada, July 13-18, 2014

"Integrated Lecture-Laboratory Classes to Produce Educated Citizens and Consumers", 23rd International Conference on Chemical Education (ICCE 2014), Toronto, ON, Canada, July 13-18, 2014

"Nanotechnology Experiments for General Chemistry Laboratory Classes", 23rd International Conference on Chemical Education (ICCE 2014), Toronto, ON, Canada, July 13-18, 2014

"Cooking with chemistry: candy", 247th American Chemical Society National Meeting, Dallas, TX, March 16-20, 2014

"Chemical Principles Visualized", Keynote speaker. First African Conferences on Research In Chemistry Education (ACRICE-1), Addis Ababa, Ethiopia, December 5-7, 2013

"Science laboratory safety", Southeast Regional Meeting of the American Chemical Society (SERMACS), Atlanta, GA, November, 12-16, 2013

"Chemistry and society in the laboratory", 246th American Chemical Society National Meeting, Indianapolis, IN, September 8-12, 2013

"Laboratory experiments for consumer chemistry", 245th American Chemical Society National Meeting, New Orleans, LA, April 7-11, 2013

"Chemistry for Educated Citizens and Future Leaders", The 1st International Conference on Science Diplomacy and Developments in Chemistry, Alexandria, Egypt, November 24-26, 2012

"Steps to creating a safety culture in undergraduate chemistry laboratories", 244th American Chemical society National Meeting, Philadelphia, PA, August 19-23, 2012

"Chemistry magic of toys, polymers, food and more: 35 years of public outreach", 244th American Chemical society National Meeting, Philadelphia, PA, August 19-23, 2012

"Chemistry for future presidents". 244th American Chemical Society National Meeting, Philadelphia, PA, August 19-23, 2012

"Using History in Teaching Chemistry: History on PowerPoint" ICCE-ECRICE 2012, 22nd International Conference on Chemical Education – 11th European Conference on Research in Chemical Education, Rome, Italy, July 15-20, 2012

"Nanotechnology Experiments for General Chemistry Laboratory Classes"  ICCE-ECRICE 2012, 22nd International Conference on Chemical Education – 11th European Conference on Research in Chemical Education, Rome, Italy, July 15-20, 2012

"Integrated Lecture-Laboratory Courses to Produce Educated Citizens and Consumers", ICCE-ECRICE 2012, 22nd International Conference on Chemical Education – 11th European Conference on Research in Chemical Education, Rome, Italy, July 15-20, 2012

"Chemical Principles Visualized – Intermolecular Forces" A demonstration presentation. ICCE-ECRICE 2012, 22nd International Conference on Chemical Education – 11th European Conference on Research in Chemical Education, Rome, Italy, July 15-20, 2012

"Academic lab safety, where are we now?", 243[th] American Chemical society National Meeting, San Diego, CA, March 25-29, 2012

"Science and Science Fiction in the Classroom – An Update", 242nd American Chemical society National Meeting, Denver, CO, August 28-Sept.1, 2011

"Producing educated citizens and consumers", 242nd American Chemical society National Meeting, Denver, CO, August 28-Sept.1, 2011

"Nanotechnology experiments for general chemistry laboratory classes", ChemEd 2011, Western Michigan University, July 24-28, 2011.

"Chemical principles visualized: lecture demonstrations and activities", ChemEd 2011, Western Michigan University, July 24-28, 2011.

"Communicating Chemistry for Public Understanding". 2010 International Chemical Congress of Pacific Basin Societies (PacificChem 2010), Honolulu, Hawaii, December 15-20,2010.

"Chemical Principles Visualized: Seeing the Unseen". 2010 International Chemical Congress of Pacific Basin Societies (PacificChem 2010), Honolulu, Hawaii, December 15-20,2010.

"Nanotechnology Experiments for General Chemistry Laboratory Classes". 240th American Chemical Society National Meeting, Boston, MA, August 22-26, 2010.

"Professional Development Strategies and Activities for Pre-Service and In-Service Teachers". 240th American Chemical Society National Meeting, Boston, MA, August 22-26, 2010.

Options for Reducing Textbook Costs for Students". 240[th] American Chemical Society National Meeting, Boston, MA, August 22-26, 2010.

"Chemical Principles Visualized: Seeing the Unseen". 21st International Conference on Chemical Education, Taipei, Taiwan,  August 8-13, 2010.

"Nanotechnology Experiments for General Chemistry Laboratory Classes". 21st International Conference on Chemical Education, Taipei, Taiwan,  August 8-13, 2010.

 "Hands-on Forensics". 239th American Chemical Society National Meeting, San Francisco, CA, March 21-25,  2010.

"S* and the City".  Presented in the George C. Pimentel Award in Chemical Education Symposium in Honor of Zafra Lerman, 239th American Chemical Society National Meeting, San Francisco, CA, March 21-25, 2010.

"Cooking With Chemistry". 239th American Chemical Society National Meeting, San Francisco, CA, March 21-25,  2010.

"Nanotechnology Experiments for General Chemistry Laboratory Classes". 7th International Congress on Chemistry and Chemical Engineering of the Cuban Society of Chemistry, Havana, Cuba, October 12-16, 2009

"Teaching the Atomic Theory: A Visual-Historical Approach". 7th International Congress on Chemistry and Chemical Engineering of the Cuban Society of Chemistry, Havana, Cuba, October 12-16, 2009

"Chemical Principles Visualized: Seeing the Unseen". 238th American Chemical Society National Meeting, Washington, DC, August 16-20, 2009.

"Using History in Teaching Chemistry: History on PowerPoint". 238th American Chemical Society National Meeting, Washington, DC, August 16-20, 2009.

"Toys, Polymers, Magic and Food:Toys, Polymers, Magic and Food:0+ Years of Public Outreach". 237th American Chemical Society National Meeting, Salt Lake City, UT,  March 22-26,  2010.

"Tycho Brahe, The Island of Hven, and the Rundetaam". ".  237[th] American Chemical Society National Meeting, Salt Lake City, UT,  March 22-26,  2010.

The German Nuclear Reactor at Haigerloch". ".  237th American Chemical Society National Meeting, Salt Lake City, UT,  March 22-26,  2010.

"What's so Funny About Teaching and Science".  Science Teacher Association of Ontario (STAO), Toronto, ON, Canada, November 13-15, 2008

"Chemical Principles Visualized". Science Teacher Association of Ontario (STAO), Toronto, ON, Canada, November 13-15, 2008

"The Chemistry You Eat". Science Teacher Association of Ontario (STAO), Toronto, ON, Canada, November 13-15, 2008

"Teaching the Atomic Theory, A Visual-Historical Approach". 236th American Chemical Society National Meeting, Philadelphia, PA, August 17-21, 2008.

"Active Chemistry". 20th International Conference on Chemical Education, Mauritius, Africa, August 3-7, 2008.

"Professional Development: Strategies and Activities for Pre-service and In-service Teachers". 20th International Conference on Chemical Education, Mauritius, Africa, August 3-7, 2008.

"Chemical Principles Visualized". 235th American Chemical Society National Meeting, New Orleans, LA, April 6-10, 2008.

"Communicating Chemistry". 235th American Chemical Society National Meeting, New Orleans, LA, April 6-10, 2008.

"Active Learning".  Science Teacher Association of Ontario (STAO), Toronto, ON, Canada, November 15-17, 2007

"Magic Into Science". Science Teacher Association of Ontario (STAO), Toronto, ON, Canada, November 15-17, 2007

"Integrated learning for the 21[st] Century Classroom ". Science Teacher Association of Ontario (STAO), Toronto, ON, Canada, November 15-17, 2007

"Testing the waters: Hands-on water testing for students", 233rd American Chemical Society National Meeting, Chicago, IL, March 25-29, 2007.

"Topics and activities for contextual chemistry courses". 233rd American Chemical Society National Meeting, Chicago, IL, March 25-29, 2007.

"Active Chemistry via Integrated Lecture-Lab Courses", Rocky Mountain Regional Meeting of the American Chemical Society, Tucson, AZ, October 14-18, 2006.

"Chemical Principles Visualized", 175th 2YC3 Conference, Pima Community College, Tucson, AZ, October 13-14, 2006

"Developing a Distance Learning Laboratory", 232nd American Chemical Society National Meeting, San Francisco, CA, September 10-14, 2006

"Active Chemistry via Integrated Lecture-Lab Courses", 19th International Conference on Chemical Education, Seoul, South Korea, August 13-17, 2006.

"Chemical Principles Visualized", 19th International Conference on Chemical Education, Seoul, South Korea, August 13-17, 2006.

"Hands-on Forensics", 19th International Conference on Chemical Education, Seoul, South Korea, August 13-17, 2006.

"Thirty Years of Academic Lab Safety, A Teacher's Perspective", 231st American Chemical Society National Meeting, Atlanta, GA, March 26-30, 2006

"Cutting the Cord or How I left the Textbook", 231st American Chemical Society National Meeting, Atlanta, GA, March 26-30, 2006

"Fundamentals of Effective Demonstrations", T3 Regional Conference, Cimarron-Memorial High School, Las Vegas, NV, March 4, 2006.

"Active chemistry via integrated lab-lecture courses", 230th American Chemical Society National Meeting, Washington, DC, August 28-September 1, 2005

"Chemistry in the toy store", 230th American Chemical Society National Meeting, Washington, DC, August 28-September 1, 2005

"Hands-on forensics", 230th American Chemical Society National Meeting, Washington, DC, August 28-September 1, 2005

"Hands-on Forensics", ChemEd 2005, University of British Columbia, Vancouver, BC Canada, July 31-August 4, 2005

"Chemical Principles Visualized", ChemEd 2005, University of British Columbia, Vancouver, BC Canada, July 31-August 4, 2005

"Chemistry Can Be FUNNY", ChemEd 2005, University of British Columbia, Vancouver, BC Canada, July 31-August 4, 2005

"Issues, Activities, and Tastings", SWARM 2005, University of Arizona, Tucson, Arizona, April 14, 2005.

"Non-Intuitive Demos to Make Students Think", Featured speaker at STAO 2004, Doubletree Hotel, Toronto, Ontario, Canada, November 11-13, 2004.

"Active Assessment: Hands-On Testing For the Classroom and Laboratory", 18th International Conference on Chemical Education, Istanbul, Turkey, August 3-8, 2004

"New Directions for Chemistry in the Non-Major Course", 18th International Conference on Chemical Education, Istanbul, Turkey, August 3-8, 2004

"The General Chemistry Laboratory Survival Manual", 18th Biennial Conference on Chemical Education, University of Iowa, Ames, Iowa, July 18-22, 2004.

"The Laboratory Practical Exam and Its Applications", 18th Biennial Conference on Chemical Education, University of Iowa, Ames, Iowa, July 18-22, 2004.

'What's So Funny About Science?", 18[th] Biennial Conference on Chemical Education, University of Iowa, Ames, Iowa, July 18-22, 2004.

"Magic Into Science", 18th Biennial Conference on Chemical Education, University of Iowa, Ames, Iowa, July 18-22, 2004.

## VII.  Papers Presented

### B.  Schools and Student Groups
### These are a brief sample of some of my presentations

"Forensics: Fingerprinting, Hair and Fibers", Chapparal Middle School, Tucson, AZ, May 23-24, 2006.

"The Science of Light and Color", 7th and 8th grade students at Hermosa Montessori, Tucson, AZ, October 11, 2005

"Forensics: Fingerprinting, Ink analysis",  Chapparal Middle School, Tucson, AZ, May 23, 2005.

"Foresnics of Hair and Fibers", hands-on classroom activities, Southgate Academy Middle School, Tucson, Arizona, May 17, 2005.

"Liquid Nitrogen Ice Cream", Acacia Elementary School, Tucson, Arizona, March, 2005

 "Magic into Science", Vetenskapsfestival, Naturvetenskapcenter, Tensta gymnasium, Stockholm, Sweden, October 29-30, 2001.

"The Science of Light and Color", Messiah Pre-School, Downingtown, PA, March 19-20, 2001.

"Magic Into Science", North New Jersey Chemistry Olympiad, Brookdale Community College, Lincroft, NJ, March 15, 2001

"The Science of Acids and Bases", a children's workshop, New Jersey Association for Gifted Children, Iselin, NJ, March 3-4, 2000.

"Consumer Chemistry", a presentation for teachers, The Science Centre, Palmerston North, new Zealand, July 15, 1999.

"Chemistry Activities with Common Materials".  Student workshops at Columbus Elementary School, Thornwood, NY, May 25, 1995.

"From X-Rays to America's Nuclear Secrets".  Scholars' Program, Caldwell College, Newark, NJ., May 1, 1995.

"Changing Magic Into Science".  Dublin area high school students at Dublin City University, Dublin, Ireland, March 8, 1995.

"Changing Magic Into Science".  Kilkenny area high school students at Watergate Theatre, Kilkenny, Ireland, March 7, 1995.

"Kitchen Science".  Presented to challenge students, Cynwyd School, Bala Cynwyd, Pennsylvania, January 13, 1995.

"Science Experiments with Common Materials".  Presented to students at St. Dorothy's School, Springfield, Pennsylvania, November 3 and November 17, 1994.

"Expanding Your Horizons: You Can be a Chemist".  A women in science program for middle school - students in conjunction with the 206th ACS National meeting, Columbia College, Chicago, Illinois, August 21, 1993.

"Chemistry in Your Home".  Great Valley High School, Great Valley, Pennsylvania, February 25, 1993

"Chemistry Activities with Common Materials".  Oldfields School, Glencoe, Maryland, December 8, 1992.

"Gases, Air, and Pressure".  Presented to 4th grade students at Comegys School, Philadelphia, Pennsylvania, June 3, 1992.

"Chemistry of the Elements".  Demonstrations and activities presented to 5th grade Challenge Program - students at Merion School, Merion, Pennsylvania, March 25, 1992.

"Careers in Chemistry".  Community College of Philadelphia Equity Program, Philadelphia, Pennsylvania, March 18, 1992.

"Chemistry is Everywhere".  Gladwyne Elementary School, Gladwyne, Pennsylvania, May 24, 1991.

"Science is Everywhere".  Community College of Philadelphia Equity Program, Philadelphia, Pennsylvania, April 12, 1991

"Chemistry of the Elements".  Presented to School Age Parents, Temple University, November 27, 1990.

"Chemistry in Your Home".  Presented to School Age Parents, Temple University, October 23, 1990.

"Chemistry in Your Home".  Gladwyne Elementary School, Gladwyne, Pennsylvania, January 10, 1990.

"Bubbles and Math".  Presented to students in CASET Workshop, Community College of Philadelphia, June 5, 1989.

"Chemistry of the Elements".  Presented to 2nd grade enrichment students, Bell Avenue School, William Penn School District, Yeadon, Pennsylvania, January 20, 1987.

"Alchemy".  Villanova University Chemistry Club, Villanova, Pennsylvania, 1975.

**"Chemistry in the Toy Store"**, a program that uses common materials, available from toy, magic, and novelty shops, to teach basic concepts of chemistry, has been an extremely popular program presented to many school, student, and public groups.  Over 200 presentations have been presented in the U.S. and around the world.

**"The Chemistry of Soap Bubbles"**, a program that uses soap bubbles to teach some properties of water, solutions, surface tension, and some basics concepts of chemistry, has been an extremely popular program presented to many school, student, and public groups.  Over 50 presentations in schools in the Eastern U.S.

## VII.  Papers Presented

### C.  Public Groups
**These are a brief sample of some of my presentations.**

"Liquid Crystals".  A public demonstration and activity program, Vattenhallen Science Center LTH, Lunds Universitet, Lund, Sweden, August 16, 2013.

"Magic into Science".  A public demonstration and activity program, Vattenhallen Science Center LTH, Lunds Universitet, Lund, Sweden, August 16, 2013.

"Liquid Crystals".  A public demonstration and activity program, Monsoon Monday Nights, Tucson Children's Museum,  June, 2011

"Liquid Crystals".  A public demonstration and activity program, Monsoon Monday Nights, Tucson Children's Museum,  July 12, 2010

"Rubber and Polymers", A public demonstration and activity program, , Monsoon Monday Nights, Tucson Children's Museum,  June 28, 2010

"The Chemistry, and a Little Physics, of Soap Bubbles".  Annual demonstration program, Pima Community College, Tucson, Arizona, November 6, 2004.

"Magic Into Science".  Nine presentations, Science Alive, Christchurch, New Zealand, July 9-11, 1999.

"Chemical Demonstrations for Everyone".  A public demonstration and activitiy program with Prof. R. Orr, Dr. J. Schmuckler, and Dr. D. Cook.  Sponsored by the Philadelphia Section of the American Chemical Society, Ursinus College, Collegeville, Pennsylvania, December 7, 1996.

"The Science of Soap Bubbles".  Science Discovery Week program, Columbus Elementary School, Thornwood, New York, May 24, 1995.

"1994 Chemistry Demonstration Program".  A public demonstration and activitiy program with Prof. R. Orr, Mr. H. Bassow, and Dr. D. Cook.  Sponsored by the Philadelphia Section of the American Chemical Society, Cabrini College, Radnor, Pennsylvania, December 10, 1994.

"The Science of Soap Bubbles".  Cabrini College, Radnor, Pennsylvania, October 2, 1994.

"Soap Bubbles".  A family science program, Columbus Elementary School, Thornwood, New York, May 25, 1994.

"Chemistry in Your Home", the 1992 Annual Holiday Program of the Philadelphia Section of the American Chemical Society presented at LaSalle College, Philadelphia, Pennsylvania, December 12, 1992.

"How Do Our Students Learn?", as part of a panel discussion in the Teaching Center, Community College of Philadelphia, October 1, 1992.

"Silly Putty, Slime, and Glop".  A hands-on presentation at Festival of Chemistry,, a program of exhibits, demonstrations, and hands-on activities sponsored by the Philadelphia Section of the American Chemical Society at Cheney University, Chester, Pennsylvania, December 14, 1991.

"Activities With Soap Bubbles".  Presented with Community College of Philadelphia Early Childhood Education students at the Fall Festival of the Delaware Valley Association for the Education of Young Children, Beaver College, Glenside, Pennsylvania, October 14, 1990.

"Bouncing Bubbles, Slime and Glop".  Presented at the South Philadelphia Branch of the Free Library of Philadelphia, Philadelphia, Pennsylvania, June 6, 1990.

"The Chemistry of Bubbles and Balloons".  Presented as part of the Bubbles and Balloons Festival at the Franklin Institute of Philadelphia, Philadelphia, Pennsylvania, May 20-21, 1987-1989.


"**Chemistry in the Toy Store**", a program that uses common materials, available from toy, magic, and novelty shops, to teach basic concepts of chemistry, has been an extremely popular program presented to many public groups.  A few of these presentations are:

A family hands-on workshop, New Jersey Association for Gifted Children, Iselin, NJ, March 3-4, 2000.

Hawke's Bay Museum, Napier, new Zealand, July 18, 1999.

The Science Centre, Palmerston North, New Zealand, July 15, 1999.

Victoria University, Wellington, New Zealand, July 13, 1999.

Nine presentations at Discovery World, Dunedin, New Zealand, July 6-8, 1999.

Twelve presentations with hands-on activities at Exscite, Hamilton, New Zealand, July 1-3, 1999.

Paoli Cub Scout Blue and Gold Banquet, Paoli, PA, February 23, 1996.

A hands-on demonstration activity program at The Investigator, the Hands-on Science Museum in Adelaide, Australia, September 30, 1995.

In conjunction with the 1995 Summer Reading Program for 1st to 8th Graders, the Philadelphia Free Library, Rittenhouse Square, June 14, 1995.

Narberth Cub Scout Blue and Gold Banquet, Narberth, PA, February 25, 1995.

As part of The Science of Toys program, The Museum of Science, Boston, Massachusetts, week of December 26, 1994-January 1, 1995.

A family science night program, St. Stanislaw School, Hatboro, Pennsylvania, October 11, 1994.

In conjunction with the 1994 Summer Reading Program for 1st to 8th Graders, the Philadelphia Free Library, Rittenhouse Square, June 15, 1994.

A family science night program, Bushkill Elementary School, Nazareth, Pennsylvania, April 22, 1994.

Fast Forward Kickoff of the 1993 Summer Reading Program for 1st to 8th Graders at the Philadelphia City Institute Library, June 16, 1993.

Science Discovery Week program, Columbus Elementary School, Thornwood, New York, May 26, 1993.

Science-by-Mail program sponsored by Merck, Sharpe and Dohme, Lansdale, Pennsylvania, May 22, 1993.

Family Day Celebration of Bristol-Meyers Squibb, Lawrenceville, New Jersey, September 12, 1992.

Science-by-Mail program sponsored by Merck, Sharpe and Dohme, Lansdale, Pennsylvania, May 16, 1992.

Sir Wilfred Grenfell College of the Memorial University of Newfoundland, Corner Brook, Newfoundland, January 10, 1992.

Two presentations at the National Chemistry Week program, Sacred Heart University, Bridgeport, Connecticut, November 3, 1991.


## VIII.  SPECIAL PROGRAMS, COURSES, AND WORKSHOPS

**Over 100 hands-on workshops have been presented**

"Laboratory Safety for K-12 Teachers", Southeast Regional Meeting of the American Chemical Society (SERMACS), Atlanta, GA, November 16, 2013.

Presenter in Experimentall Kemi workshop for 7th to 9th grade teachers (invited), Gävle, Sweden, August 11-16, 2013.

"Nanotechnology experiments"  A hands-on workshop for TAPT (Tucson Area Physics Teachers), Tucson, AZ, March 31, 2012.

**Hands-on Forensics**
>175[th] 2YC3 Conference, Pima Community College, Tucson, AZ, October 13-14, 2006

**Forensic Science Workshop**
>ChemEd 2005, University of British Columbia, Vancouver, BC Canada, July 31-August 4, 2005

**Light and Color**, A workshop for teachers
>Pima Community College,  Tucson, Arizona, February 19, 2005

**Forensics,** A workshop for teachers:
>STAO 2004, Doubletree Hotel, Toronto, Ontario, Canada, November 11-13, 2004.

**Atmospheric and Earth Chemistry**, A workshop for teachers:
>Pima Community College, Tucson, Arizona, October 9, 2004

**The Chemistry of Light and Color**, A workshop for Teachers:
>Willcox High School, Willcox, Arizona, October 11, 2003
>Pima community College, Tucson, Arizona, November 1, 2003

**The Chemistry and a Little Physics of Soap Bubbles: A Workshop for Children**, Katz, David A., Andrew Cherkas, and Pat Funk, ChemEd 2003,  Auburn University, Auburn, Alabama, July 27-July 31, 2003

**Chemical Principles Visualized, A Hands-on Workshop**, A demonstration workshop for teachers and education students, University of Helsinki, Helsinki, Finland, November 17, 2001.

**A Forensics Chemistry Workshop**, ChemEd 2001, York University, Toronto, Canada, July 29-August 2, 2001.

**Columbia College workhops:**
>**Consumer Chemistry.**  A series of workshops presented to elementary school parents, middle   school teachers, and elementary school teachers.
>**Teaching Science for the 90's.**  A workshop for high school principals and teachers.
>**Polymers.** A workshop for high school students.
>**Integrated Science Activities Using Alternative Assessment and Critical Thinking Methods.**  A workshop for high school teachers.
>Columbia College, Chicago, Illinois, December 8-14, 1998.

**Curriculum Methods in Science and Health.**  This course offers a mix of traditional theory and - methodology for elementary education majors along with hands-on experience in presenting activities and demonstrations to classes.  Initially funded by a grant from Rohm and Haas Company, the course was presented at Cabrini College, Radnor, Pennsylvania, Fall 1991-1998.

**Chemistry Demonstration Programs for the Institute for Chemical Education (ICE):**
>**Chemistry Supplements for K-12 Classes**, a program for teaching K thru 12 teachers how to develop and present chemical demonstrations to students.  This program was the pilot workshop for The Institute for Chemical Education at the University of Wisconsin-Madison, July, 1984.  Faculty for this program included: David A. Katz (Community College of Philadelphia, PA), Arlyne M. Sarquis (Miami University-Middletown, OH), Jerry L. Sarquis (Miami University-Oxford, OH)), and  Kathleen J. Dombrink (McCluer North High School, MO).  This program was supported by a grant from The National Science Foundation.
>The Chemistry Supplements program was repeated in 1985-1991.
>>David A. Katz was workshop leader, initiating the program at the University of Arizona, 1985.
>>David A. Katz was Program Director, initiating the program at the University of Maryland, 1986.
>>David A. Katz was Program Director, initiating the program at the University of Northern Colorado, 1987 and repeating it in 1989-1990.

>A Science Specialist Workshop was piloted at the University of Northern Colorado in 1987.  This workshop was intended to teach area Science Specialists how to set-up and run this type of workshop.

David A. Katz was Program Director, initiating this program at the University of Northern Colorado and - at the University of Maryland in 1988.  Katz continued the program At UNC in 1989.

A four-week Chemistry Fundamentals program for middle school teachers was initiated in at the University of Northern Colorado in 1990.  David A. Katz has been Program Director and co-instructor 1990-1993.

A four-week Chemistry and Physics Fundamentals program for middle school teachers was initiated in at the University of Northern Colorado in 1994.  David A. Katz was Program Director and co-instructor 1994-1997.

**Chemistry in the Toy Store - A workshop for youngsters using everyday things**.  Columbia College, Chicago, Illinois, July 25, 1995.

**New Variations on Old Activities**.  Irish Science Teachers' Association 34th Annual Meeting, Newbridge College, Kildare, Ireland, March 10-12, 1995.

**Science Activities With Common Materials - An Inservice Workshop for Elementary School Teachers**.  Moorestown, New Jersey, January 11, 1995.

**The Chemistry and Physics of Toys - A Workshop for Elementary School Teachers**.  SMART Center, Lehigh University, Bethlehem, Pennsylvania, November 10, 1994.

**Science with Toys and Common Materials - An Inservice Workshop for Teachers**.  Roberts School, Moorestown, New Jersey, October 18, 1994.

**New Variations of Old Activities**.  13th International Conference on Chemical Education, San Juan, Puerto Rico, August 8-12, 1994.

**Chemistry in the Toy Store - A science teachers' workshop using everyday things**.  Columbia College, Chicago, Illinois, July 25, 1994.

**Chemistry in the Toy Store - A science teachers' workshop using everyday things**.  SMART Center, Lehigh University, Bethlehem, Pennsylvania, June 1, 1994.

**Water Chemistry**.  Presented as part of a workshop with the Mill Creek Watershed Association for 6th grade students in Lower Merion Township, Lower Merion, Pennsylvania, May 17-19, 1994.

**Critical Thinking Skills and Teaching Science**.  A workshop for elementary and middle school teachers, Montgomery County Intermediate Unit, Norristown, Pennsylvania, January 10, 1994.

**Annual Christmas Science Lecture Series**.  For faculty, students, and the general public.  Initiated at Cabrini College, Radnor, Pennsylvania, November 30, 1993.  First presentation was "Chemistry in the Toy Store".

**The Chemistry Lab in Your Home**.  A workshop presenting experiences in the chemistry of everyday things through a series of demonstrations and laboratory investigations.  Students learned about and investigated gases, oxidation and combustion, acids and bases, soap making, chemical and natural dyes, polymers and plastics, chemiluminescence, and chemical oriented toys.  Presented to students in fourth through eighth grades as part of the "Summer Programs for the Enrichment of Gifted  Students" through the College of - General Studies, University of Pennsylvania, July 30-August 3, 1984 and August 5-9, 1985.

**Waves, Light, Sound and Motion: Working with the Tools of Physics**.  A workshop  exploring basic physics through a series of demonstrations and laboratory investigations.  Students were introduced to the principles of physics and constructed devices such as a spectroscope, dry cell batteries, an electromagnet, and an electric motor.  Investigations included the areas of aerodynamics and Bernoulli's principles, hot air balloons, optics and light, metals, heat and cold, electricity and magnetism, and nuclear physics. Presented to students in fourth through eighth grades as part of the "Summer Programs for the Enrichment of Gifted Students" through the College of General Studies, University of Pennsylvania, August 13-17, 1984 and August 12-16, 1985.

**Enjoying Science**. A workshop for adults with little or no background in science with a goal of teaching individuals an appreciation of science. The major emphasis of the workshop was on the physical sciences and included topics such how as to do an investigation, how science works, and a brief introduction to history of science and scientists. Class and homework investigations of crystal growing, the chemical elements, gases and air, oxidation and combustion, magnetism, electricity, light and optics, nuclear energy, and the chemistry of common materials provided hands-on experiences for participants. Presented at Temple University Center City, February-March 1984.

## IX.  SELECTED PROFESSIONAL ACTIVITIES

### A.  General

Wrote small-scale hands-on chemistry questions and master judge for the 2001and 2002 Rutgers Academic Challenge competition, Fall 2000-Spring 2002.

Cited in "Setting Up In Chemistry" an article on chemistry sets in the Weekend section of The Washington Post, December 6, 1991.

Cited in "Ooze, Glop, Putty, and Goo" in Science World, November 16, 1990.

Member of American Chemical Society Task Force on Chemistry Sets, June, 1-2, 1990.

Interviewed for the American Chemical Society radio program **Dimensions in Science** on the subject "The Origins of Chemical Toys". This was broadcast by over 600 radio stations in the U.S. in 1990.

Filmed for **3-2-1 Contact** at the Franklin Institute of Philadelphia, May 15-17, 1987. This program, titled "Structure: Bubble, Bubble" was first televised on October 31, 1988.

Reviewer for National Science Foundation Panel for grant proposals in Science Education. Washington, D.C., March 17-19, 1988

Cited in "Ooze, Glop, Putty, and Goo" in Science World, March 23, 1987.

Delegate to American Chemical Society Parents and Children for Terrific Science (PACTS) planning - conference. A conference to plan ways to involve parents in science education. Washington D.C., October 10-12, 1986.

Interviewed on "All About Kids" on station WDVT, Radio 900 AM., August  30, 1986.

Interviewed by the Canadian Broadcasting Corporation for the show "Quirks and Quarks" to be broadcast in Toronto, Canada. Interview date: May 26, 1986.

Subject of American Chemical Society radio program and audio tape on "Teaching Chemistry With Toys" for **Dimensions in Science**, broadcast by over 600 radio stations in the U.S., 1985.

Reviewer for research proposals for pre-college programs for the National Science Foundation, 1985-1998.

Member of Screening Committee for the Chemical Manufacturers Association for the Catalyst Award for Two-Year College Chemistry Teaching, 1984-1998.

### B.  Conference Planning and Activities

Symposium organizer, presider, and presenter for "Innovative Laboratory Experiments and Programs for Non-Majors" 248th American Chemical Society National Meeting, San Francisco, CA, August 10-14, 2014

Symposium organizer, presider, and presenter for "The Sweet Side of Chemistry – Candy: Information and recipes for NCW 2014", 247th American Chemical Society National Meeting, Dallas, TX, March 16-20, 2014

Symposium organizer, presider, and presenter for "Innovative Laboratory Experiments and Programs for Non-Majors" 246th American Chemical Society National Meeting, Indianapolis, IN, September 8-12, 2013

Symposium organizer, presider, and presenter for "Innovative Laboratory Experiments and Programs for Non-Majors", 245th American Chemical Society National Meeting, New Orleans, LA, April 7-11, 2013

Conference organizer, 175th $2YC_3$ Conference, "Visualizing Chemistry With Emphasis on Case Studies and Chemical Demonstrations", Pima Community College, Tucson, Arizona, October 13-14, 2006

Symposium organizer, Presider, and presenter, "New Directions and Innovations in Non-major Science Courses", SWARM 2005, University of Arizona, Tucson, Arizona, April 14, 2005.

Symposium organizer, Presider, and presenter for "Laboratory Practical Exam and Other Hands-on Testing", 221st American Chemical Society National Meeting, San Diego, CA, April 1-5, 2001.

Symposium organizer, Presider, and presenter for "Everyday Chemistry in the Calssroom and the Laboratory" symposium at the 220th American Chemical Society National Meeting, Washington D.C., August 20-24, 2000.

Symposium organizer, Presider, and presenter for "Chemical Tales" symposium at the 219th American Chemical Society National Meeting, San Francisco, CA, March 26-30, 2000.

Symposium organizer, Presider, and presenter for "Laboratory To Go" symposium at the 211th American Chemical Society National Meeting, New Orleans, LA, March 25-28, 1996.

Symposium organizer, Presider, and presenter for "Teaching Without A Textbook" symposium at the 210th American Chemical Society National Meeting, Chicago, IL, August 20-24, 1995.

Symposium organizer, Presider, and presenter for "Alternative Forms of Assessment in Chemistry Courses", at the 209 American Chemical Society National Meeting, Anaheim, CA, April 2-6, 1995.

Co-Organizer for symposium on "Programs and Courses That Teach Chemical Demonstrations", at the 203rd American Chemical Society National Meeting, San Francisco, California, April 5-10, 1992.

Invited lecturer at the 11th International Conference on Chemical Education, in York, England, August 25-29, 1991.

Organizer for symposium on "Teaching Critical Thinking to Students of All Ages", at the 201st American Chemical Society National Meeting, April 14-19, 1991.

Co-organizer of a symposium in honor of Dr. Hubert N. Alyea for the 197th American Chemical Society National Meeting, Dallas, Texas, April 9-14, 1989.

Organizer, and Presider of a symposium on "Topics in Academic Laboratory Safety" held at the 196th American Chemical Society National Meeting, Los Angeles, California, September 25-30, 1988.

## C. Speakers Bureaus and Lecture Exchange

Philadelphia Section of the American Chemical Society Speakers Bureau, 1983-2002.

History of Science Society Speakers Bureau, 1978-1995

Member of Chemistry Professors' Lecture Exchange jointly sponsored by the American Chemical Society, the Division of Chemical Education, and the Indiana Section of the ACS, 1982-present.

## D. Selected Reviewing Activities

Safety Reviewer for American Chemical Society, **Earth Day, National Chemistry Week,** and **Middle School Chemistry** activities, 2010-present.

Reviewer and contributor to American Chemical Society **Safety in the Elementary Science Classroom**, 2011.

Safety Reviewer for American Chemical Society, **Middle School Chemistry** activities, 2010-present.

Safety Reviewer for American Chemical Society, **Kids & Chemistry** kits and activities, 2008-present.

Reviewer for Gilbert, Kris and Davies, **Chemistry, the Science in Context,**  W. W. Norton & Company, 2004

Panel Reviewer for Instrument and Laboratory Improvement grants, National Science Foundation, Crystal City, Virginia, January 26-29, 1994.

Reviewer for Morris Hein, **Foundations of College Chemistry,** Brooks/Cole Publishing Company, 1988-1989.

Reviewer for **Chemistry** by Gillespie, Humphreys, Baird, and Robinson, published by Allyn and Bacon, Inc., 1986.  Contributions are acknowledged in the Preface.

Reviewer for **WONDERSCIENCE**, a pre-high school newsletter published by the American Chemical Society, 1986.

Reviewer for D. C. Heath and Company, Lexington, Massachusetts, 1983.
  Contributions are acknowledged in preface of Nebergall, Holtzclaw, and Robinson, **General Chemistry**, 7th Edition, 1984.

Textbook and computer software reviewer for Saunders College Publishing, Philadelphia, Pennsylvania, 1979-1988.
  Contributions are acknowledged in the preface of Masterton, Slowinski, and Stanitski, **Chemical Principles**, Alternate Edition, 1983; Masterton and Cherim, **Introduction to Chemistry**, 1984; Slowinski, Masterton, and Wolsey, **Chemical Principles in the Laboratory**, 3rd Edition, 1981; and in Slowinski, Wolsey, and  Masterton, **Chemical Principles in the Laboratory with Qualitative Analysis**, Alternate Edition, 1983. Comments, with credit, featured in advertising for Masterton and Cherim, **Introduction to Chemistry**, 1984.

Textbook and software reviewer for John Wiley and Sons, Inc., New York, New York, 1981.
  Contributions are acknowledged in the preface of Beran and Brady, **Laboratory Manual for General Chemistry**, 2nd edition, 1982, 3rd edition, 1986, and 4th Edition, 1990.

Textbook reviewer for Benjamin/Cummings Publishing Company, Menlo Park, California, 1981-1993

Textbook reviewer for Addison Wesley Publishing Company, Reading, Massachusetts, 1981-1993.

Reviewer for the **Journal of Chemical Education**, 1980-present.

# X.  SOME SELECTED ACTIVITIES RELATED TO IMPROVEMENT OF TEACHING SKILLS AND UPDATING OF DISCIPLINE

"Detecting Radiation in Our Radioactive World", American Nuclear Society, Tucson, Arizona Teacher Workshop, February 27, 2005

POGIL (Process Oriented Guided Inquiry Laboratory) Workshop, Arizona State University, Tempe, Arizona, February 12, 2005

University of Arizona National Faculty Center conference on Teaching Diversity, Westward Look Resort, Tucson, Arizona,  February 29 – March 5, 2004.

"Instrument and Laboratory Improvement Workshop"
    A grant writing workshop.  Washington, D.C., October 8, 1993.

"Energy Education Workshop"
    Energy demonstrations and activities for elementary thru high school students.  Sponsored by Philadelphia Electric Company, Norristown, Pennsylvania, October 2, 1993.

"Electronics for Scientists"
    Based on an American Chemical Society short course developed by Malmstadt, Enke, and Crouch.  Given by Mr. Richard Sobel at the Community College of Philadelphia, Philadelphia, Pennsylvania, November 24-25, 1986.

"Analytical Infrared Spectroscopy: Techniques, Applications, and Computer Methods"
    An American Chemical Society short course.  Given by Dr. Howard J. Sloane at the Community College of Philadelphia, Philadelphia, Pennsylvania, November 11-12, 1985.

"Chemical Health and Safety in the Laboratory"
    An American Chemical Society short course.  Given by Dr. Norman V. Steere at the Community College of Philadelphia, Philadelphia, Pennsylvania, February 25-26, 1985.

"Color and Chemistry Workshop"
    A workshop dealing in the chemistry of color with emphasis on perception of color, light and color, textile dyes and stains, and  dye synthesis.  Given by Dr. Nancy Howard and staff at Philadelphia College of Textiles and Science.  Sponsored by the  Education Committee and Chemical Education Topical Group of the Philadelphia Section of the American Chemical Society, October 27, 1984.

"Science on a Shoestring Workshop"
    A program consisting of "hands-on" student investigations for grades K-7 utilizing low cost materials - available from supermarkets and variety stores.  Given by Mr. Herb Strongin, author of "Science on a Shoestring".  Sponsored by the Education  Committee and Chemical Education Topical Group of the Philadelphia  Section of the American Chemical Society at Cabrini College, St. Davids, Pennsylvania, May 4, 1984.

"Social Imperatives and the Development of Science, Technology and Medicine"
    A series of lectures and workshops to explore the directions of the options and the directions of science, technology, and medicine as influenced by underlying social values and political choices.  Given through the College of General Studies, University of Pennsylvania, Philadelphia, Pennsylvania, October 1980-April 1981.

"Hazardous Chemical Safety"
    An intensive course in laboratory safety with emphasis on hazardous chemicals, chemical storage, handling chemical spills, and accident prevention.  Given by the J. T. Baker Chemical Company, Villanova University, Villanova, Pennsylvania, January 1979.

"Armchair Chemistry"
    A short course in methods of performing chemical experiments in the classroom using semi-micro methods and the projection of semi-micro experiments using an overhead projector.  Given by Dr. Hubert Alyea, New Orleans, Louisiana, March 1977.

"Industrial Use of the Polarizing Microscope"
    An intensive course in the use of the polarizing microscope in Chemistry for crystal and small particle identification.  Given by Mr. Geoffrey Woodward, McCrone Research Institute, Chicago, Illinois, June 1971.

"Chemical Microscopy"

An ACS Short Course in the fundamentals of optical light microscopy and its applications to Chemistry. Given by Mr. John A. Reffner, Chicago, Illinois, September 1970.

## XI.  TEACHING RESEARCH AND DEVELOPMENT OF NEW TECHNIQUES AND MATERIALS

### A.  DEPARTMENT OF CHEMISTRY AT CABRINI COLLEGE

Active assessment.  The use of real life questions and applications and development of small scale assessment techniques for classroom examinations.

Laboratory experiments to go.  Lab experiments to be performed or completed at home.

Teaching without a textbook.  Presenting information on a need-to-know basis in non-major courses dealing with consumer chemistry and current issues in science.

Condensed courses.  Presenting courses and laboratory in shortened formats such as 10 week, one-week, or one-weekend intensive courses both at the college facilities and on-site in company facilities.

Microscaling of General Chemistry Laboratory Experiments.  A project to reduce materials and wastes in laboratory experimkents.

Computer interfacing of laboratory experiments using Vernier laboratory interfaces and software.

Teaching science through the use of science fiction stories.

### B.  INTERDEPARTMENTAL AT COMMUNITY COLLEGE OF PHILADELPHIA

Member of General Studies seminar group involved in planning general studies chemistry course.  1987-1989.

Member of interdepartmental program developing cooperative relationships with Philadelphia high schools.  Initial project with Masterman High School, 1984-1985.

Studied methods to improve chemistry instruction through evaluation of student abilities and needs using standardized tests (Toledo test, etc...) and experimental tests (Piaget tests and tasks).  In 1978, a joint project with Dr. James Booth, Department of Psychology, was initiated to evaluate students' reasoning ability with respect to Piaget developmental tasks.  The goal of this project was to identify students' weaknesses early in the semester so that instruction could be more effectively directed toward the individual.  1974-1984.

### C.  DEPARTMENT OF CHEMISTRY AT COMMUNITY COLLEGE OF PHILADELPHIA

Microscaling of General Chemistry Laboratory Experiments.  A project to reduce materials and wastes in current laboratory experiments, 1990-1993.

Written a computer module for the general chemistry laboratory for an experiment in calorimetry under a grant from the Benjamin Franklin Partnership.  This program has been incorporated into the General Chemistry Laboratory program.  1988.

Written and developed many new laboratory experiments for use by students in the general chemistry laboratory covering basic techniques, illustrations of chemical principles, preparations of compounds, and applications of chemistry to consumer products.  Each experiment has been class tested and revised to provide

safe, efficient procedures. A number of these experiments have been discussed and distributed to teachers at professional meetings and conferences. 1968-1993.

Initiated a program within the department reviewing laboratory experiments from commercial textbooks used in general chemistry courses, and have prepared a series of "Experiment Notes" listing potential problems, additions, corrections, and alternate procedures which have been distributed to faculty and students. These notes have been utilized by laboratory manual authors and publishers in revising their laboratory procedures. 1968-1993.

Programming general chemistry experiments for TRS-80 and IBM PC micro-computers. 1981-1993.

Co-author of a safety test, with Donald Slavin and Joan Myers, which is administered to all chemistry students as a prerequisite for working in the laboratory. Utilization of this safety test is department policy and has resulted in a significant decrease in laboratory accidents. 1978-1993.

Constructed many overhead transparencies and 35mm slides for use in teaching general chemistry courses. To provide students with maximum benefits of these materials, hard copies have been produced and incorporated into a series of lecture notes, containing lecture outlines and explanations to supplement text material. Copies are distributed to students each semester. These lecture notes have been discussed and distributed to teachers at professional meetings and conferences in the U.S. and Canada. 1971-1993.

Initiated a program of writing and collecting chemical demonstrations, as well as building or purchasing demonstration apparatus for faculty use, to provide students with visual presentations of chemical phenomena, concepts, and applications. Many of these demonstrations have been performed and procedures distributed to teachers in the U.S., Canada, France, Japan, and South Africa. 1969-1993.

Introduced a work-at-your-own-rate type of laboratory on an experimental basis in an attempt to provide an alternative type of laboratory instruction for general chemistry students. 1971-1972.

## XII. ADMINISTRATIVE CONTRIBUTIONS AND COMMITTEES:  INSTITUTIONAL ACTIVITIES

### Pima Community College

Faculty Senate, 2003-2013

Benefits Committee, 2004-2013

Auxiliary Services Committee, 2005-2013

### Cabrini College

Benefits Committee, 1994-1998

Promotion and Tenure Committee, 1994-1998.

Institutional Technology Planning and Advisory Committee (ITPAC), 1994-1998.

Faculty Development Committee, 1993-1995.

Faculty Evaluation Committee, 1993-1995.

Working Conditions Committee, 1993-1998.

**Community College of Philadelphia**

Safety Committee.
    A college-wide committee concerned with safety in the workplace, 1989-1993.

Institution-Wide Committee.
    The college committee which receives and approves, modifies, or rejects recommendations from the College Standing Committees. 1981-1993; Chairman, 1983-1989.

Representative Council
    The faculty governing body.  Alternate delegate, 1973-1976; Delegate, 1976-1979, 1981-1993; -President, 1977-1979, 1987-1992

Travel fund representative for the Division of Mathematics, Physical Sciences, and Engineering -Technology.
    Responsible for approving and disbursing funds for faculty travel, 1976-1993.

Ad Hoc Committee on Campus Planning.
    Responsible for reviewing plans for new campus construction.  1977-1980.

# Katz v. Pima County Community College District et al.


## Complaint Exhibit #10


## DAK Recent Activities
## (four pages)

# David A. Katz, Recent activities 2013-2014
# with projected activities for 2014-2015

**Professional Activities**

**American Chemical Society**

A CS Council Committee on Chemical Safety

Member, 2006-present

**Reviewing and Consulting**

Safety reviewer for ACS *Kids and Chemistry*, *Elementary and Middle School Chemistry*, and *ACS National Chemistry Week* activities, 2008-present.

Reviewer for lesson plans, demonstrations, and experiments for American Association of Chemistry Teachers (AACT), Effective Fall

Kit and activity developer for Flinn Scientific Co., Batavia, IL, 1985-present

**Publications**

Web site:  http://www.chymist.com A compilation of educational chemistry activities, historical information and educational material and tutorials for the chemistry classroom.  Continuously updated.

Katz, David A., **The Compleat Chymical Demonstrator,** Web published, continuous updating at http://www.chymist.com

Katz, David A., **National Chemistry Week 2014 (NCW 2014),** Web published at http://www.chymist.com, 2014.

Katz, David A., *Nanotechnology Experiments for General Chemistry Laboratory Classes*, **Chemistry in Action! #99**, (Ireland) 2013.

Katz, David A., *Wonderful Scientific Copenhagen*, a chapter in American Chemical Society Science History Tour, in press.

**Papers Presented**

**Professional Meetings and Seminars, 2013-2014**

"Cooking with chemistry: candy", 247th American Chemical Society National Meeting, Dallas, TX, March 16-20, 2014

"Chemical Principles Visualized", Keynote speaker. First African Conferences on Research In Chemistry Education (ACRICE-1), Addis Ababa, Ethiopia, December 5-7, 2013

"Science laboratory safety", Southeast Regional Meeting of the American Chemical Society (SERMACS), Atlanta, GA, November, 12-16, 2013

"Chemistry and society in the laboratory", 246th American Chemical Society National Meeting, Indianapolis, IN, September 8-12, 2013

### Upcoming Papers scheduled for July 1, 2014 or later

"Chemical Principles Visualized", 23rd International Conference on Chemical Education (ICCE 2014), Toronto, ON, Canada, July 13-18, 2014

"Integrated Lecture-Laboratory Classes to Produce Educated Citizens and Consumers", 23rd International Conference on Chemical Education (ICCE 2014), Toronto, ON, Canada, July 13-18, 2014

"Nanotechnology Experiments for General Chemistry Laboratory Classes", 23rd International Conference on Chemical Education (ICCE 2014), Toronto, ON, Canada, July 13-18, 2014

"40-plus years of laboratory experiments", 248th American Chemical Society meeting, August 10-14, 2014

## Papers Presented to Public Groups

"Liquid Crystals".  A public demonstration and activity program, Vattenhallen Science Center LTH, Lunds Universitet, Lund, Sweden, August 16, 2013.

"Magic into Science".  A public demonstration and activity program, Vattenhallen Science Center LTH, Lunds Universitet, Lund, Sweden, August 16, 2013.

## Special Programs, Symposia, Courses, and Workshops

"Laboratory Safety for K-12 Teachers", Southeast Regional Meeting of the American Chemical Society (SERMACS), Atlanta, GA, November 16, 2013.

Presenter in Experimentall Kemi workshop for 7th to 9th grade teachers (invited), Gävle, Sweden, August 11-16, 2013.

### Conference Symposia

Symposium organizer, presider, and presenter for "The Sweet Side of Chemistry – Candy: Information and recipes for NCW 2014", 247th American Chemical Society National Meeting, Dallas, TX, March 16-20, 2014

Symposium organizer, presider, and presenter for "Innovative Laboratory Experiments and Programs for Non-Majors" 246th American Chemical Society National Meeting, Indianapolis, IN, September 8-12, 2013

**Upcoming Symposia scheduled for July 1, 2014 or later**

Symposium organizer, presider, and presenter for "Innovative Laboratory Experiments and Programs for Non-Majors" 248th American Chemical Society National Meeting, San Francisco, CA, August  2014

**Reviewing**

Safety Reviewer for American Chemical Society**, Earth Day, National Chemistry Week,** and **Middle School Chemistry** activities, 2010-present.

**Laboratory Experiments, Activities, and Demonstrations developed or modified 2013-2014**

Calibration of a liquid crystal mood ring (CHM 151IN, CHM 121IN, CHM 125IN)

Graphene (CHM 151IN, CHM 121IN)

Graphene in a blender (in preparation for CHM 121IN and CHM 151IN)

Nitinol (CHM 151IN, CHM 121IN)

Determination of fat in potato chips and French fried potatoes (CHM 125IN)

Sweeteners (CHM 125IN)

Determination of Vitamin C in foods (CHM 125IN)

Titration: Standardization of a base and analysis of polyprotic acids (CHM 152IN)

Eelectroplate a leaf (in preparation for CHM 121IN and CHM 152IN)

Preparation of Pastel Crayons (in preparation for CHM 125IN)

Glass analysis (in preparation for CHM 121IN and CHM 128IN)

Paint chip analysis (in preparation for CHM 121IN and CHM 128IN)

**Experiments for National Chemistry Week 2014 (Added as separate page on web site)**

Caramels

Carmel Corn

Gummy Candy

Pop Rocks

Tootsie Rolls

Rock Candy

**Demonstrations added or updated on web site**

Elements

Chemical Reactions

Models, Mass and Stoichiometry

**Activities added or updated on web site**

Kinetic Sand